UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF CHELSEA and CITY OF SOMERVILLE,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, PAMELA J. BONDI, Attorney General of the United States, EMIL J. BOVE, Acting Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI L. NOEM, Secretary of the United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, SEAN P. DUFFY, Secretary of the United States Department of Transportation, UNITED STATES DEPARTMENT OF TRANSPORTATION, and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No.  25-CV-10442 |

## NOTICE OF APPEARANCE

Please enter the appearance of Ivan Espinoza-Madrigal on behalf of Plaintiffs in the above-captioned action.

    Respectfully submitted,

    */s/ Ivan Espinoza-Madrigal*
    Ivan Espinoza-Madrigal (BBO # 708080)
    LAWYERS FOR CIVIL RIGHTS
    61 Batterymarch Street, Fifth Floor
    Boston, MA  02110
    iespinoza@lawyersforcivilrights.org

Dated: February 24, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025 a true copy of the above document, filed through the CM/ECF system, will be sent electronically to the registered participants of record as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Ivan Espinoza-Madrigal*
Ivan Espinoza-Madrigal