# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF CHELSEA and<br>CITY OF SOMERVILLE,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>DONALD J. TRUMP, et al.<br><br>   *Defendants*. | Case No. 25-10442<br><br>**NOTICE OF APPEARANCE** |

   I, Oren Sellstrom, herein respectfully request this Court note my appearance as counsel for Plaintiffs City of Chelsea and City of Somerville in the above-entitled action. I certify that I am admitted to practice in this Court and in good standing.

Dated: February 25, 2025                     Respectfully submitted,

                                             */s/ Oren Sellstrom*
                                             Oren Sellstrom (BBO# 569045)
                                             LAWYERS FOR CIVIL RIGHTS
                                             61 Batterymarch Street, Fifth Floor
                                             Boston, MA 02110
                                             Tel: (617) 482-1145
                                             osellstrom@lawyersforcivilrights.org
                                             *Attorney for Plaintiffs City of Chelsea and City of Somerville*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by email to all parties by operation of this Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated: February 25, 2025

*/s/ Oren Sellstrom*
Oren Sellstrom (BBO #569045)