# Exhibit M

Notice to Somerville Regarding Revised SS4A Conditions

| | |
|---|---|
| **From:** | Brad Rawson |
| **To:** | Nikki Spencer; Cindy Amara; Kate Hartke |
| **Cc:** | Thomas Galligani; Alan Inacio |
| **Subject:** | FW: Updated 2023 SS4A Grant Agreement (GA) Schedules, General Terms and Conditions, and Exhibits- Somerville |
| **Date:** | Tuesday, May 13, 2025 9:25:45 AM |
| **Attachments:** | SS4A FY23 Grant Agreement Template_3172025- Somerville (2025.05.12).docx<br>SS4A FY23 Terms and Conditions_3172025.pdf<br>SS4A FY23 Exhibits_3172025.pdf<br>Letter to Grant Applicants_final.pdf |

Good morning team,

We've just received some new information from USDOT/FHWA regarding our big FY2023 "Safe Streets & Roads for All" grant award.

We will stand by pending internal discussion.

Thanks,

Brad

**From:** Kunhardt, Maria (FHWA) <maria.kunhardt@dot.gov>
**Sent:** Tuesday, May 13, 2025 7:16 AM
**To:** Greg Hanafin <ghanafin@somervillema.gov>
**Cc:** Brad Rawson <BRawson@somervillema.gov>; Grzegorzewski, Joshua (FHWA) <Joshua.Grzegorzewski@dot.gov>; Carr, William (FHWA) <william.carr@dot.gov>; Miller, Kenneth (FHWA) <Kenneth.Miller@dot.gov>
**Subject:** Updated 2023 SS4A Grant Agreement (GA) Schedules, General Terms and Conditions, and Exhibits- Somerville

Good Morning Greg,

Thank you so much for your patience. The Program Office provided the attached **updated 2023 SS4A Grant Agreement (GA), General Terms and Conditions, and Exhibits.** The grant agreement for Somerville's Bicycle Network Vision Safety Demonstration Project must be executed under the new template. We transferred the project information from the last draft GA into the attached Microsoft Word document. Please:

- Review the **updated grant agreement** in its entirety and update the project information, as needed.
    - Make a new selection and review the narrative for Attachment E. The language in the table is has been entirely updated.
- Review the updated **Terms and Conditions.** Note that **Article 24** includes language related to the letter issued by the US. Secretary of Transportation on April 24, 2025 (attached).
- Review the updated **FHWA Exhibits**.
- Once you review all the documentation and confirm the project information, return the updated draft GA Schedules (with Track Changes) back to me and I'll coordinate with the

Program Office to provide the final version for your signature.

Feel free to call me anytime to discuss. We look forward to continuing to work with you on this important project.

Best regards,

Maria

_____

**Maria E. Kunhardt**
Competitive Grants Program Manager
Federal Highway Administration - Massachusetts
220 Binney Street, Cambridge, MA 02142
617-494-3241

Maria.kunhardt@dot.gov

---

**From:** Greg Hanafin <ghanafin@somervillema.gov>
**Sent:** Friday, January 17, 2025 9:27 AM
**To:** Carr, William (FHWA) <william.carr@dot.gov>
**Cc:** Brad Rawson <BRawson@somervillema.gov>; Kunhardt, Maria (FHWA) <maria.kunhardt@dot.gov>; Grzegorzewski, Joshua (FHWA) <Joshua.Grzegorzewski@dot.gov>
**Subject:** RE: HSA240216PR City of Somerville (MA) FY23 S4A agreement and Standard Forms

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Will,

Thank you for the update. I see that in the version of the grant agreement you sent over the line item in the Cost Clarification Table has already been changed from Miscellaneous to Administrative. Does a draft need to be resubmitted for review, or can this be considered the final version to send for signature?

Best,
Greg

-------------------

**Greg Hanafin** (he/him/his)
Transportation Planner, Mobility Division
City of Somerville, OSPCD
93 Highland Ave.

**From:** Carr, William (FHWA) <william.carr@dot.gov>
**Sent:** Friday, January 17, 2025 9:00 AM
**To:** Greg Hanafin <ghanafin@somervillema.gov>
**Cc:** Brad Rawson <BRawson@somervillema.gov>; Kunhardt, Maria (FHWA) <maria.kunhardt@dot.gov>; Grzegorzewski, Joshua (FHWA) <Joshua.Grzegorzewski@dot.gov>
**Subject:** RE: HSA240216PR City of Somerville (MA) FY23 S4A agreement and Standard Forms

**This email is from an external source. Use caution responding to it, opening attachments or clicking links.**

Hi Greg,

Regarding the forms listed in item 2 – SF-LLL and SF-424B, Somerville did submit them as part of their application but for some reason did not make it into the program office folder. The files are now in the project folder and do not need to be completed again by you. My apologies for the confusion. All that is needed now is the change to the draft grant agreement.

V/R
Will Carr

William G. Carr
Discretionary Grants Coordinator & PMA
Federal Highway Administration – Massachusetts
220 Binney Street, 9th Floor
Cambridge, MA 02142
(617) 494–3622

**From:** Carr, William (FHWA)
**Sent:** Friday, January 17, 2025 8:57 AM
**To:** Greg Hanafin <ghanafin@somervillema.gov>
**Cc:** Brad Rawson <BRawson@somervillema.gov>; Kunhardt, Maria (FHWA) <maria.kunhardt@dot.gov>; Grzegorzewski, Joshua (FHWA) <Joshua.Grzegorzewski@dot.gov>
**Subject:** FW: HSA240216PR City of Somerville (MA) FY23 S4A agreement and Standard Forms

Good morning, Greg,

The AO (Agreement Officer) has reviewed the Somerville FY23 SS4A draft grant agreement. There are two items to address, they are listed in Rich's email below and I will also include them in mine.

1. Their review noted the Cost Classification Table (page 8) Miscellaneous line item, should be labeled as Administrative.

2. The AO also noted that required Standard Form SF-LLL and SF-424B are not included in the application materials

Blank copies of the Standard Form SF-LLL and SF-424B are attached to this email for you to complete as requested. Please send the completed forms as well as the draft grant agreement with the noted change to the Cost Classification Table to me and I will forward the documents to the program office for approval. If you have any questions or concerns please reach out at any time.

Thank you!

V/R
Will Carr

William G. Carr
Discretionary Grants Coordinator & PMA
Federal Highway Administration – Massachusetts
220 Binney Street, 9th Floor
Cambridge, MA 02142
(617) 494–3622

---

**From:** Hull, Rich (FHWA) <richard.hull@dot.gov>
**Sent:** Thursday, January 16, 2025 4:39 PM
**To:** Carr, William (FHWA) <william.carr@dot.gov>
**Cc:** Grzegorzewski, Joshua (FHWA) <Joshua.Grzegorzewski@dot.gov>; Kunhardt, Maria (FHWA) <maria.kunhardt@dot.gov>; Parker, Stephen (FHWA) <stephen.parker@dot.gov>; Wheeler, Travis (FHWA) <travis.wheeler@dot.gov>
**Subject:** HSA240216PR City of Somerville (MA) FY23 S4A agreement and Standard Forms

William Carr,

Good afternoon.

The Agreement Officer (AO) completed their review the draft agreement and supporting documentation for the agreement with the City of Somerville.

Their review noted the Cost Classification Table (page 8) Miscellaneous line item, should be labeled as Administrative.

The AO also noted that required Standard Form SF-LLL and SF-424B are not included in the application materials.  I have attached the blank forms to this email.  I am able to send the request, to complete and return the forms, to the selected recipient, if you prefer.

Respectfully,

**Rich**

Richard J. Hull
Agreement Specialist (HCFA-41)
Office of Assistance Agreements (HCFA-40)
Office of Acquisition and Grant Management (HCFA)
Federal Highway Administration (FHWA)
Department of Transportation (DOT)
Teams Chat Rich Hull
Office 202-366-0627
Text: 571-241-4090

*HCFA values your perspective on your recent acquisition experience.  Please take a moment to complete our brief customer survey available* here*. Your response is anonymous and will help us assess the quality of our support to your program.*

**City of Somerville Public Records Notice**

*Please be advised that the Massachusetts Attorney General has determined that email is a public record unless the content of the email falls within one of the stated exemptions under the Massachusetts Public Records Laws.*