UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF CHELSEA and CITY OF SOMERVILLE,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, PAMELA J. BONDI, Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI L. NOEM, Secretary of the United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, SEAN P. DUFFY, Secretary of the United States Department of Transportation, UNITED STATES DEPARTMENT OF TRANSPORTATION, SCOTT TURNER, Secretary of the United States Department of Housing and Urban Development, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 1:25-cv-10442<br><br>**DECLARATION OF OREN SELLSTROM IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, OREN SELLSTROM, declare under penalty of perjury under the laws of the State of Massachusetts that the following is true and correct to the best of my knowledge:

1.  I am an attorney and a member of the Bar of this Court. I am the Litigation Director of Lawyers for Civil Rights, and I am counsel of record for Plaintiffs City of Chelsea and City of Somerville in the above-captioned action. I make this declaration of my own personal knowledge. If called on to do so, I could and would testify to the matters stated here.

2. Attached to the Amended Complaint as Exhibit A is a true and correct copy of Executive Order 14,159, issued by President Trump on January 20, 2025 and titled "Protecting the American People Against Invasion" (the "Day One Executive Order"). *See* ECF No. 10-1.

3. Attached to the Amended Complaint as Exhibit B is a true and correct copy of Executive Order 14,218, issued by President Trump on February 19, 2025 and titled "Ending Taxpayer Subsidization of Open Borders" (the "Subsidization Executive Order"). *See* ECF No. 10-2.

4. Attached to the Amended Complaint as Exhibit C is a true and correct copy of Executive Order 14,287, issued by President Trump on April 28, 2025 and titled "Protecting American Communities From Criminal Aliens" (the "Designation Executive Order"). *See* ECF No. 10-3.

5. Attached to the Amended Complaint as Exhibit D is a true and correct copy of a memorandum issued by Attorney General Pamela Bondi on February 5, 2025 and titled "Sanctuary Jurisdiction Directives" (the "Bondi Memo"). *See* ECF No. 10-4.

6. Attached to the Amended Complaint as Exhibit E is a true and correct copy of an order issued by Department of Transportation ("DOT") Secretary Sean Duffy on January 29, 2025 and titled "Ensuring Reliance Upon Sound Economic Analysis in Department of Transportation Policies, Programs, and Activities" (the "DOT Order"). *See* ECF No. 10-5.

7. Attached to the Amended Complaint as Exhibit F is a true and correct copy of a letter to all recipients of DOT funding from DOT Secretary Duffy, dated April 24, 2025 (the "DOT Letter"). *See* ECF No. 10-6.

8. Attached to the Amended Complaint as Exhibit G is a true and correct copy of DOT's revised terms and conditions for its fiscal year 2023 Safe Streets and Roads for All Grant

Program, titled "U.S. Department of Transportation General Terms and Conditions Under the Fiscal Year 2023 Safe Streets and Roads for All ('SS4A') Grant Program: FHWA Projects" and dated as revised March 17, 2025 (the "SS4A Conditions"). *See* ECF No. 10-7.

9. Attached to the Amended Complaint as Exhibit H is a true and correct copy of a memorandum from the Department of Homeland Security ("DHS") Secretary Kristi Noem, issued February 19, 2025, and titled "Restricting Grant Funding for Sanctuary Jurisdictions" (the "Noem Memo"). *See* ECF No. 10-8.

10. Attached to the Amended Complaint as Exhibit I is a true and correct copy of DHS's terms and conditions for its fiscal year 2025 grants, titled "FY 2025 DHS Standard Terms and Conditions" and issued April 18, 2025 (the "DHS Conditions"). *See* ECF No. 10-9.

11. Attached to the Amended Complaint as Exhibit J is a true and correct copy of a letter from Department of Housing and Urban Development ("HUD") Secretary Scott Turner to HUD grantees and stakeholders on April 4, 2025 (the "HUD Letter"). *See* ECF No. 10-10.

12. Attached to the Amended Complaint as Exhibit K is a true and correct copy of a list of "Sanctuary Jurisdictions" released by DHS on May 29, 2025 and titled "Sanctuary Jurisdictions Defying Federal Immigration Law" (the "Designation List"). The copy of the webpage was captured on May 30, 2025. *See* ECF No. 10-11.

13. Attached to the Amended Complaint as Exhibit L is a true and correct copy of a memorandum issued by Acting Deputy Attorney General Emil Bove to all DOJ employees on January 21, 2025, and titled "Interim Policy Changes Regarding Charging, Sentencing, And Immigration Enforcement" (the "Bove Memo"). *See* ECF No. 10-12.

14.     Attached to the Amended Complaint as Exhibit M is a true and correct copy of an email chain reflecting DOT's notification to Somerville of the revised SS4A Conditions on May 13, 2025 ("Notice to Somerville Regarding Revised SS4A Conditions").  *See* ECF No. 10-13.

15.     Attached to the Amended Complaint as Exhibit N is a true and correct copy of a fact sheet released on the White House website on April 28, 2025, titled "Fact Sheet: President Donald J. Trump Protects American Communities from Criminal Aliens" (the "Designation Fact Sheet").  *See* ECF No. 10-14.

Executed in Boston, Massachusetts, on this 3rd day of June, 2025.

*/s/ Oren Sellstrom*
Oren Sellstrom