UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF CHELSEA and CITY OF SOMERVILLE,<br><br> *Plaintiffs*,<br><br>   v.<br><br>DONALD J. TRUMP, President of the United States, PAMELA J. BONDI, Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI L. NOEM, Secretary of the United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, SEAN P. DUFFY, Secretary of the United States Department of Transportation, UNITED STATES DEPARTMENT OF TRANSPORTATION, SCOTT TURNER, Secretary of the United States Department of Housing and Urban Development, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and UNITED STATES OF AMERICA,<br><br> *Defendants*. | Case No. 1:25-cv-10442<br><br>**DECLARATION OF CHELSEA CITY MANAGER FIDEL MALTEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

   I, FIDEL MALTEZ, declare under penalty of perjury under the laws of the State of Massachusetts that the following is true and correct:

**Background**

1. I have personal knowledge of the facts set out in this affirmation and, if called as a witness, could testify competently to the matters set out below.

2. I am the City Manager of Chelsea, Massachusetts. I have served in this position since January 1, 2024. Before that, I was Town Manager of Reading, Massachusetts for two years. Prior to that, I worked for five years in Chelsea's Department of Public Works, first as the Assistant Director and then, starting in 2019, as the Commissioner of Public Works, overseeing all municipal construction and other areas of public works in Chelsea.

3. Under Chelsea's form of local government, the city does not have a mayor. I, as the City Manager appointed by the City Council, assume the day-to-day responsibilities as the chief executive officer of Chelsea and oversee all aspects of Chelsea's local governance, including the city's annual budget.

4. I am familiar with Executive Order 14,159, dated January 20, 2025, and titled "Protecting the American People Against Invasion"; Executive Order 14,218, dated February 19, 2025, and titled "Ending Taxpayer Subsidization of Open Borders"; and Executive Order 14,287, dated April 28, 2025, and titled "Protecting American Communities from Criminal Aliens."

5. I am also familiar with the Department of Justice ("DOJ") memo issued by Attorney General Pamela Bondi, dated February 5, 2025, titled "Sanctuary Jurisdiction Directives," the Department of Transportation ("DOT") order issued by Sean Duffy on January 29, 2025, titled "Ensuring Reliance Upon Sound Economic Analysis in Department of Transportation Policies, Programs, and Activities," the DOT letter that was sent to all recipients of DOT funding and outlined the agency's expectations on April 24, 2025, and the Safe Streets and Roads for All ("SS4A") Conditions for Fiscal Year ("FY") 2023, which were revised on March 17, 2025. I am

also familiar with the Department of Homeland Security ("DHS") memo issued by Kristi Noem on February 19, 2025 and the DHS Terms and Conditions for FY2025. Finally, I am familiar with the Department of Housing and Urban Development ("HUD") letter issued by Scott Turner on April 4, 2025.

### The City of Chelsea

6. Chelsea is located directly north of the Mystic River across from the East Boston neighborhood of Boston, Massachusetts. Chelsea was first settled in 1624, established as a town in 1739, and incorporated as a city in 1857. The City presently employs approximately 1,600 individuals. Chelsea occupies a land area of just 2.5 square miles, making it the smallest city in Massachusetts.

7. Chelsea is a diverse, working-class community that has twice been awarded the All-America City Award by the National Civic League in recognition of the ability of its residents to work together to identify and tackle community-wide challenges. We are again a finalist for this award for 2025, based on our work on environmental sustainability and civic engagement. Our city is home to approximately 38,000 residents, including a high foreign-born population. Approximately 65% of our residents identify as Hispanic or Latino. Approximately 21% of our residents are living below the poverty line.

### Chelsea's Policies

8. Chelsea has self-identified as a "sanctuary city" since the Chelsea City Council passed a resolution on June 4, 2007. That resolution started by tracing the City's long history as a city "with a rich and diverse ethnic and cultural identity," noting that "[f]or decades Italian, Irish, Hispanic, Polish, African-American, Russian, Jewish, Asian, African and French people have made Chelsea their home." It stated that "[t]he City of Chelsea respects all persons regardless of

race, class, ethnicity or legal status," and that "[e]very Chelsea resident has the right to live, work and play without fear."

9. The resolution went on to recognize that a number of jurisdictions around the country had declared themselves to be sanctuary cities, which "promote a community as a safe haven for refugees and immigrants who are currently residing in that community from other countries; and . . . do not initiate or welcome raids that are not related to public safety and other heinous crimes." The resolution then declared Chelsea a sanctuary city, called upon workplaces to treat immigrant workers fairly, and urged "just and fair immigration reform."

10. The Chelsea Police Department ("CPD") has also promulgated General Order 2017-03. Under this order, the specific immigration status of an individual, in and of itself, is not a matter of local police concern unless there is a potential threat to public safety and/or national security. Additionally, CPD will not undertake immigration-related investigations or routinely inquire into the specific immigration status of any person encountered during normal police operations except for certain circumstances, including arrests of violent felonies, already convicted felons, terrorism-related offenses, human trafficking, and criminal gang activities. Under General Order 2017-03, CPD will also not directly participate in ICE tactical operations solely for the civil enforcement of federal immigration laws, except for in direct response to a request for immediate assistance on a temporary basis for officer safety purposes or for assistance in the apprehension of an individual with a Massachusetts warrant for their arrest.

11. Nothing in Chelsea's Resolution or police policies seeks to interfere with the lawful exercise of federal law enforcement operations; or shields undocumented individuals from deportation; or attempts to conceal, harbor, or shield any individual from detection; or otherwise seeks to obstruct the enforcement of federal immigration laws. To the contrary, our Resolution

4

and police policies allow the efforts of federal immigration enforcement officers to occur unimpeded.

12. Chelsea is not aware of any studies that demonstrate that sanctuary policies increase crime.

**Chelsea's Federal Funding**

13. Chelsea relies heavily on federal funding to deliver important public services to its residents. Chelsea's federal funding makes up a significant portion of its budget and is the sole or primary source of funding for certain public services. For years, Chelsea has relied on such funding to provide critical services to community members.

14. Chelsea's fiscal year runs from July 1 to June 30. For FY2024 (*i.e.*, the year running from July 1, 2023 to June 30, 2024), Chelsea's overall budget was $231 million, including approximately $132 million for our School Department. For FY2025, our overall budget was approximately $245 million, including approximately $140 million for our School Department.

15. We just finalized our budget for FY2026. We project that our overall budget for FY2026 will be approximately $262 million.

16. Chelsea received approximately $14.5 million in federal funding for FY2024. Some of that money was in the form of direct grants from federal agencies; other federal funding comes to us as a pass-through from the State.

17. To the best of my knowledge, Chelsea anticipates being awarded approximately $8.5 million in federal funding for FY2025.

18. Virtually all of the federal money that we receive, whether it is direct or as a pass-through from the State, is on a reimbursement basis. That means that we are required to spend money to provide services or perform a project first; then we submit for reimbursement.

19. Federal funding supports Chelsea and its residents in a wide variety of ways, which have no connection to federal immigration enforcement. For example, in recent years, our schools have received over $4 million in Title I money, which is federal funding that goes to support schools with high percentages of low-income students. We also receive substantial funds under Title II, Part A (funds to support professional learning for educators); Title III (support for English Language Learners); and Title IV (funds to improve academic achievement).

20. We also receive significant funds—in some years close to $1 million annually—in Community Development Block Grant (CDBG) funds to support our most vulnerable residents. This program is administered by the U.S. Department of Housing and Urban Development, or HUD. These funds support a variety of critical programs and services, including housing rehabilitation, economic development, public facilities and infrastructure, and social services such as retention of youth in schools and food delivery to elderly residents. In FY2024, we received approximately $924,000 in CDBG funds. In recent years, CDBG funding announcements have been made in July.

21. Chelsea has also received grants from DOT to help keep our streets safe. We also rely on a number of grants from DOJ, including the Edward Byrne Memorial Justice Assistance Grant ("Byrne JAG") program, Community Oriented Policing Services ("COPS") program, and the Bulletproof Vest Program ("BVP"). All such funds support Chelsea's goal of maintaining public safety.

22. Since 2017, Chelsea has received almost $1,000,000 in various DHS grants to the best of my knowledge, including the AFG Regional Training Grant, FEMA Emergency Aid Grant, and the Urban Area Security Initiative ("UASI") grant. I understand that Chelsea's current UASI grant is earmarked for between $300,000 and $400,000 and funds network infrastructure, police

training, METRO SWAT equipment, and more. I also understand that Chelsea has a pending FEMA Building Resilient Infrastructure and Communities ("BRIC") Grant with a contract signing planned for late December of this year and construction to begin summer 2026. This project would significantly improve infrastructure in Chelsea.

23. A number of the federal grants we receive, such as Title I and Byrne JAG grants, are formula-based, meaning that they are awarded based on a set formula rather than through a competitive grant process. Usually, this means that receipt of these funds is something we can count on, but in the wake of the federal Administration's directives against "sanctuary jurisdictions," it is now unclear whether we will actually receive those funds or not.

**The Harm to Chelsea from Losing Federal Funds**

24. As detailed above, Chelsea receives substantial funding from the federal government that is now at immediate risk. I am aware that in other contexts where the Trump Administration has moved to implement Executive Orders, including the withdrawal of federal funds, it has done so very quickly.

25. Losing federal funds would be a devastating blow to Chelsea. For example, without CDBG funds, the most vulnerable people in our community would suffer, as those funds support programs such as those to keep people safely housed, and to ensure that elderly residents' nutritional needs are met. The federal funding that our schools receive are vital to helping particularly low-income students thrive, in school, and headed towards academic success.

26. Funding that we receive from DOT helps keeps our roadways safe and accessible. Chelsea was awarded from DOT a Safe Streets and Roads for All (SS4A) Grant for FY2023 in the amount of $280,000. This grant was for designing and implementing a Vision Zero plan and policy in line with Chelsea's commitment to achieving zero traffic fatalities; this project has already

gotten underway, but no reimbursements have yet been made from DOT. Chelsea is also the lead recipient of a $2,500,000 Reconnecting Communities Grant from DOT that will be administered through the Massachusetts Department of Transportation. This grant is shared with the city of Boston and will improve the connection between Chelsea and East Boston while also improving climate resilience in the corridor.

27. On April 24, 2025, DOT Secretary Duffy sent to all recipients of DOT funding a letter stating in part that "your legal obligations require cooperation generally with Federal authorities in the enforcement of Federal law, including cooperating with and not impeding U.S. Immigration and Customs Enforcement (ICE) and other Federal offices and components of the Department of Homeland Security in the enforcement of Federal immigration law," and noting that "failure to cooperate generally with Federal authorities in the enforcement of Federal law[] will jeopardize your continued receipt of Federal financial assistance from DOT and could lead to a loss of Federal funding from DOT."

28. In addition, Chelsea is currently in the first year of a three-year grant under DOJ's COPS program that is funding the salaries of three police officers. By utilizing federal funds for these officer salaries, Chelsea is able to increase hiring for positions like school resource officers that would otherwise be unfunded. The school resource officer positions are especially important to ensure school safety and to provide positive role models for public high school students. Now that all of our federal funding is being directly threatened, we are being forced to consider how we will make up those funds. The city will either have to cut critical police officer positions including school resource officers, which would impact public safety, or reallocate taxpayer dollars from other city programs. Chelsea is also currently receiving funds under DOJ's Bulletproof Vest Program ("BVP"), for providing bullet-resistant vests for new officers and replacing damaged

vests. Chelsea is expecting these BVP funds to last for five years, but now that this funding is threatened, we will have to make up those funds another way or put our officers on the street with outdated safety equipment.

29. Chelsea is also receiving funds from the Byrne JAG program. These funds go toward supporting overtime pay for detectives investigating drug activity and toward supporting sting operations.

30. Chelsea has spent millions of dollars with the understanding that the federal government would reimburse those expenditures. We are now faced with potentially covering that funding gap ourselves. If the city does not receive the expected federal funding, Chelsea will have to cut necessary city staff and programs. The city will also have to divert funds from other critical services or deplete city reserves.

31. Losing federal funds would also likely result in significant job losses, as each of these programs depends on staff to operate. In that way, our city would be hit doubly hard: our residents would suffer from decreased services and jobs would be lost in the process.

32. Chelsea is just finalizing our budget for 2026. The city is now forced to contemplate what we will do in the face of no reimbursement and to make contingency plans for suspension/termination of federal funding.

33. As noted, our most vulnerable residents require critical programs and services from Chelsea, including housing rehabilitation, economic development, public facilities and infrastructure, and social services such as retention of youth in schools and food delivery to elderly residents. And the DOT SS4A grant awarded for FY2023 is for the important purpose of reducing

traffic fatalities to zero in Chelsea through safer streets and roads. New conditions on these funds that prevent Chelsea's receipt of such funds will harm Chelsea's goal of achieving zero traffic fatalities and will therefore increase the likelihood of loss of life.

34. Without injunctive relief, Chelsea and its residents will suffer serious consequences in terms of public welfare, public safety, and community trust.

I declare under penalty of perjury under the laws of the State of Massachusetts that the foregoing is true and correct.

Executed this 30 day of May, 2025, at Chelsea, Massachusetts.

FIDEL MALTEZ
City Manager
City of Chelsea