# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CITY OF CHELSEA and
CITY OF SOMERVILLE,

     *Plaintiffs*,

        v.

DONALD J. TRUMP, President of the United
States, PAMELA J. BONDI, Attorney
General of the United States, UNITED
STATES DEPARTMENT OF JUSTICE,
KRISTI L. NOEM, Secretary of the United
States Department of Homeland Security,
UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, SEAN P. DUFFY,
Secretary of the United States Department of
Transportation, UNITED STATES
DEPARTMENT OF TRANSPORTATION,
SCOTT TURNER, Secretary of the United
States Department of Housing and Urban
Development, UNITED STATES
DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT, and UNITED
STATES OF AMERICA,

     *Defendants*.

Case No. 1:25-cv-10442

**DECLARATION OF SOMERVILLE
MAYOR KATJANA BALLANTYNE
IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION**

I, KATJANA BALLANTYNE, declare under penalty of perjury under the laws of the State

of Massachusetts that the following is true and correct:

**Background**

1.      I have personal knowledge of the facts set out in this affirmation and, if called as a witness, could testify competently to the matters set out below.

2.      I am the Mayor for the City of Somerville, Massachusetts.  I have served in this capacity since January 2022 and am currently in my second term as Mayor.  I previously served eight years on the Somerville City Council, including two terms as Council President.  As Mayor, I am also an ex officio member of the Somerville School Committee.  In total, I have 30 years of leadership experience in government, non-profits, start-ups, and international business.

3.      The Mayor's Office is responsible for the creation, execution, and enforcement of City policies, which includes communicating administrative orders and information directly to City departments.  The Mayor's Office plans and supervises the administration of executive functions including personnel and fiscal operations.  This office also oversees the development of the City budget and plays a key role in the school district budget process.

**The City of Somerville**

4.      Somerville is located directly south of the Mystic River and is nestled among the cities and towns of Boston, Cambridge, Arlington, Medford, and Everett.  Somerville was first settled by Europeans as part of Boston's Charlestown in 1630.  Somerville later separated from Charlestown and became its own town in 1842 and incorporated as a city in 1872.

5.      Somerville occupies a land area of just 4.1 square miles.  According to the U.S. Census, Somerville's population, as estimated in July 2023, numbers 80,407 residents.  These statistics make Somerville the most densely populated city in New England.

6.      Somerville has a diverse population, with U.S. Census data showing that roughly 30% of its population comprises residents who are Black, Hispanic or Latino, Asian, or Two or

More Races, among other groups.  English is not the first language of more than 50% of students in the Somerville Public School system, and almost 25% of students in the Somerville Public School system are still learning English.  A healthy number of Somerville's main streetbusinesses that both serve the community and support the local economy are immigrant-owned—and in some areas, more than half of storefront businesses are immigrant-owned.  Approximately 25% of Somerville's residents are foreign-born persons and approximately 10% are living below the poverty line.

7.      Somerville was named the "best-run city in Massachusetts" by the Boston Globe in 2006.  Somerville has been awarded the All-America City Award by the National Civic League three times, including most recently in 2015.  In 2020, Somerville's police officers were awarded the Medal of Valor by the Massachusetts Police Association for acts of heroism during an August 6, 2020, hostage situation in which police officers saved the life of a woman who was being held hostage at gunpoint in Somerville.  The City of Somerville presently employs approximately 2,200 individuals.

**Somerville's Welcoming Community Policies**

8.      Somerville strongly values the diversity of our community, which we view as one of the City's great strengths.  We strongly believe that all of our residents must be treated with dignity and respect.  We also believe that our community is stronger and safer when law enforcement works in partnership with community members to keep Somerville safe and thriving for all.

9.      Somerville first identified as a sanctuary city in a 1987 resolution and revised that resolution in 1989.  In 2014, Somerville passed a Trust Act Ordinance to "ensure that all immigrants are able to fully participate in the civic and economic life of their neighborhoods and

nurture and grow the spirit of unity in [the] City." Two years later, in 2016, Somerville issued a "Reaffirmation of Sanctuary City Resolution," resolving that "the Somerville Board of Aldermen goes on record reaffirming our commitment as a Sanctuary/Trust Act City."

10.    In 2019, Somerville passed a "Welcoming Community Ordinance" that "further codifies existing policy and serves to reinforce the city's ongoing commitment to the immigrant community and Sanctuary City status." Among other provisions, the ordinance provides, "The Somerville Police Department shall not take part in or assist with federal immigration enforcement operations," but makes clear, "Nothing in this ordinance shall be construed to violate any valid federal law." In 2022, the Somerville Police Department ("Somerville Police" or "SPD") promulgated General Order 143 entitled "Enforcement of Federal Immigration Law" (the "Somerville Police Policy"). Most recently, in 2024, Somerville reaffirmed its commitment "as a Welcoming Community for Justice, Equity, and Inclusion."

11.    These "Welcoming Community" policies are a critical way that we keep Somerville safe for all of our residents. Our community is safer when police focus on preventing crime and leave federal immigration enforcement to the federal government. This helps build trust between our residents and our local police department, so that people are not afraid that reporting crime to the police will result in immigration enforcement against them or their families. Our policies do not obstruct or impede federal immigration enforcement in any way. Federal officers may carry out their responsibilities unimpeded. We simply limit local participation in such enforcement.

12.    Somerville is not aware of any studies that demonstrate that sanctuary policies increase crime. Somerville has experienced an overall downward trend in Part 1 crime since the late 1980s during which we have operated under sanctuary policies.

**Somerville's Budget**

13.     The City's budget process typically begins in January and ends with final approval of the city's spending plan with a City Council vote in June.  The City's fiscal year begins on July 1 each year.  As the City's chief executive officer, I start the official budget process in January and the process culminates with submission of a  budget to City Council in May.  Throughout late winter and spring, departments work with finance staff to develop revenue and expenditure projections, as well as requests for additional funding for expansion of programs as capacity allows.  City Councilors also have an opportunity to submit budget priorities to the Mayor's Office.

14.     In late spring, the City Council reviews fiscal trends that may impact the budget. The finance committee also holds a series of meetings to review and make recommendations on the budget.

15.     The Somerville Public Schools budget is a part of the overall Somerville budget. Once the budget is approved by the School Committee (typically in May), the Superintendent presents the budget to the City Council as part of the Mayor's annual budget.

16.     After the City's budget is passed, we monitor and review revenues on an ongoing basis, readjust spending as needed, and make necessary adjustments to stay within our budget.

17.     In recent years, the overall City budget has been between $340 to 380 million. The schools' budget has been approximately $100 million.  A substantial part of our funding comes from federal sources, either direct grants or money that is passed through the Commonwealth of Massachusetts.  For example, the City regularly receives grants from federal agencies such as the U.S. Department of Transportation.  Similarly, the budget for our schools includes significant Title I funding from the federal Department of Education, which is money that supports schools that serve a high percentage of low-income students.

**Harm to Somerville from the Challenged Actions**

18.     I am aware that the Trump Administration is threatening to withdraw or suspend federal funding from "sanctuary jurisdictions," and is using this threat to force cities to change their policies.

19.     Somerville depends on federal funding to provide many needed services to our residents. If we lost that funding, we would be forced to reduce vital services to our residents including those that protect public safety. For example, we are currently in danger of losing an approximately $4 million grant from the U.S. Department of Transportation to make our roadways safer for all users including motorists, cyclists, and pedestrians including children who walk, bike, or ride to school. There is tremendous uncertainty about all our federal funding, which makes the ongoing process of managing the City's fiscal stability an immensely difficult task. We are also concerned because much of our federal funding is reimbursement-based, meaning we perform the services first and then seek reimbursement from the federal government. The uncertainty around federal funding means we continue providing services, not knowing whether we will be reimbursed, or stop providing services. Further, without federal funding, the City will have to divert funds from critical services or deplete City reserves.

20.     If the City were required to actively participate in federal immigration enforcement to receive federal funding, the consequences would be extremely harmful to the City. It would mean diverting resources from our local public safety priorities, which we set based on our knowledge of our residents' needs and ongoing assessment of the greatest threats to safety locally. In addition, it would undermine our residents' trust in law enforcement—particularly among members of the immigrant community—which would make our community less safe as witnesses and victims of crime become increasingly afraid or unwilling to report crimes or safety concerns.

I declare under penalty of perjury under the laws of the State of Massachusetts that the foregoing is true and correct.

Executed this *30* day of May, 2025, at Somerville, Massachusetts.

KATJANA BALLANTYNE
Mayor
City of Somerville