## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CITY OF CHELSEA and
CITY OF SOMERVILLE,

*Plaintiffs*,

v.

DONALD J. TRUMP, President of the United
States, PAMELA J. BONDI, Attorney General
of the United States, UNITED STATES
DEPARTMENT OF JUSTICE, KRISTI L.
NOEM, Secretary of the United States
Department of Homeland Security, UNITED
STATES DEPARTMENT OF HOMELAND
SECURITY, SEAN P. DUFFY, Secretary of
the United States Department of
Transportation, UNITED STATES
DEPARTMENT OF TRANSPORTATION,
SCOTT TURNER, Secretary of the United
States Department of Housing and Urban
Development, UNITED STATES
DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT, and UNITED
STATES OF AMERICA,

*Defendants*.

Case No. 1:25-cv-10442

**DECLARATION OF SOMERVILLE
POLICE CHIEF SHUMEANE
BENFORD IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION**

I, SHUMEANE BENFORD, declare under penalty of perjury under the laws of the State

of Massachusetts that the following is true and correct:

**Background**

1.    I have personal knowledge of the facts set out in this affirmation and, if called as a

witness, could testify competently to the matters set out below.

2.      I am the Chief of Police for the City of Somerville, Massachusetts. I have served in this capacity since September 2024.

3.      Immediately prior to my appointment as Chief of the Somerville Police Department (SPD), I served in dual roles in the City of Boston, as the Boston Housing Authority Police Chief and the Boston Chief of Emergency Management. Before that, I worked as a detective for the Boston Police Department and as Deputy Chief of Safety for the Boston Public Health Commission Police. All told, I have served in law enforcement for over 30 years.

4.      Over the course of my career, I have led reform and organizational change in a range of areas including overtime reduction; modernization to 21st century policing; restructuring; community-based partnerships, problem solving, and prevention; emergency management planning, response, and homeland security strategy; training reform; interdisciplinary law enforcement and medical response structures for unhoused, treatment, and pre-release residents; technology advances such as online incident reporting; fair and impartial policing; and pathways for growth and opportunity for vulnerable residents.

5.      I hold a Master's Degree in Political Science from Suffolk University, a B.A. in Criminal Justice from Curry College, and a range of additional certifications, including the Police Executive Research Form (PERF/SMIP), Harvard University's National Preparedness Leadership Initiative (NPLI), and the Naval Post Graduate School, Center for Homeland Defense and Security (CHDS).

**Policing In Somerville**

6.      Somerville has a diverse population of approximately 80,000 residents. That includes a significant number of immigrants, both documented and undocumented. Families of mixed statuses often live together under one roof.

7.     SPD's core values include treating every individual with civility, courtesy, sensitivity, and respect.  We also firmly believe that public safety is a partnership with the community.  We actively pursue the cooperation of every resident to create a police/community partnership that is sensitive to the multitude of cultures that make up the human fabric of our community.

8.     Building trust and legitimacy in the community takes years and requires intentional effort.  At SPD, our officers work very hard to build relationships with the diverse sectors of our community, and we constantly guard against anything that might erode that trust.

9.     Community trust is critical for public safety, because we do not want any of our residents to feel like they are living in the shadows, afraid to turn to police for protection or to report crime.  Under-reporting of crime is a serious issue that can break the fabric of a community and lead to more crime, victimization, and violence.  When victims of crime are afraid to come forward to the police, that not only harms that individual person but the whole community.  Ensuring that people feel safe turning to police is particularly important for crimes such as domestic violence, child abuse, and sexual assault, which are often under-reported.  It is essential that victims do not feel apprehensive about coming forward with knowledge to aid investigators.  We also want witnesses of crime to feel safe cooperating in a police investigation.

10.     Somerville's "welcoming community" policies are a crucial part of building that trust, especially with the City's immigrant communities.  The City of Somerville has adopted a number of resolutions and ordinances over the years designed to ensure that all residents, regardless of their immigration status, are treated with dignity and respect.  For its part, SPD has promulgated and follows General Order 143 entitled "Enforcement of Federal Immigration Law," which specifically addresses enforcement of federal immigration law.  The purpose of the General

Order is to encourage everyone to seek and obtain police assistance and police protection regardless of their immigration status. A current copy of the General Order is attached as Exhibit A.

11.     Pursuant to General Order 143, "[t]he specific immigration status of an individual or group of individuals shall not be a matter of concern" for the police "unless reliable and credible information about a potential threat to public safety and/or national security exists." In addition, the General Order provides that SPD "shall not undertake immigration-related investigations and shall not inquire into the specific immigration status of any person(s) encountered during normal police operations." Moreover, "[n]o officer or employee of the Somerville Police Department may participate in an operation led by a federal agency to detain persons for deportation purposes, except in response to a request to assist with support services deemed necessary to ensure officer safety or to prevent a breach of the peace during a federal operation."

12.     These provisions of General Order 143 are important from a public safety perspective because if SPD actively participated in federal immigration enforcement, community trust, particularly among immigrant communities, would be destroyed. People would be less likely to report crimes, out of fear that doing so could lead to immigration consequences for themselves or their loved ones.

13.     In addition, as General Order 143 states, SPD complies with the decision of the Massachusetts Supreme Judicial Court in *Lunn v. Commonwealth*, which strictly limits the ability of police in Massachusetts to comply with ICE detainers, *i.e.*, hold individuals for ICE on civil immigration detainers after they would otherwise be entitled to release.

14.     General Order 143 allows us to focus on the public safety priorities that we have set locally, based on our knowledge—from the front lines—of the needs of the City and its

residents. The General Order also encourages and fosters community trust, so that residents will know that when they come to SPD, we are not involved in federal immigration enforcement. Although we work with federal law enforcement every day on criminal matters and are actively involved in Federal Task Forces, we do not participate in federal civil immigration enforcement.

15.    Nothing in Somerville's policies seeks to interfere with the lawful exercise of federal law enforcement operations; or shields undocumented individuals from deportation; or attempts to conceal, harbor, or shield any individual from detection; or otherwise seeks to obstruct the enforcement of federal immigration laws. Our policies let federal immigration enforcement officers do what they need to do; SPD just does not actively join in those efforts.

**Harm to Somerville from the Challenged Actions**

16.    I know that the Trump Administration is threatening to withdraw or suspend federal funding from "sanctuary jurisdictions," and is using this threat to try to get cities to change their policies.

17.    Somerville depends on federal funding to provide many needed services to our residents. If we lost that funding, that would reduce services to our residents. On the other hand, if we were required to actively participate in federal immigration enforcement, that would be immensely problematic because it would constrain SPD's already stretched resources and take us away from local priorities we have set based on our knowledge of our City's public safety needs. In addition, the public trust that we have worked so hard to build would be severely undermined, particularly in immigrant communities, setting us back decades. Based on my knowledge of my community and my years of experience in law enforcement, I believe any such change in our current policies would be contrary to public safety and make our residents less safe.

I declare under penalty of perjury under the laws of the State of Massachusetts that the foregoing is true and correct.

Executed this 30 day of May, 2025, at Somerville, Massachusetts.

SHUMEANE BENFORD
Chief of Police
City of Somerville

# Exhibit A

| Somerville Police Department | Type:<br>**GENERAL ORDER** | | Policy Number:<br>**143** |
|---|---|---|---|
| | Subject:<br>**Enforcement of Federal Immigration Law** | | |
| | Issuing Authority:<br><br>**Shumeane Benford<br>Chief of Police** | Signature:<br><br><br>Number of Pages:<br><br>**Page 1 of 5** | Effective Date:<br><br>**March 19, 2025** |

| Accreditation Standards (6th Edition) | | | ☐ New<br>☒ Revised<br>☐ Amended | | | | |
|---|---|---|---|---|---|---|---|
| Revision & Reissued Dates: | 3/2/22 | 3/15/22 | 12/11/24 | | | | |
| | | | | | | | |
| | | | | | | | |

## Purpose

The Somerville Police Department recognizes and values the diversity of the community it serves. Many of the city's residents have emigrated to this community from other countries and some may not be citizens of the United States with "legal" status as recognized by the federal government. We as sworn police officers of the City of Somerville are responsible for providing effective police services to all people within our jurisdiction.

The City of Somerville and the Somerville Police Department are committed to promoting safety and providing proactive community policing services to all who live, work, or visit our community.  To further the police department's community policing philosophy, all community members and stakeholders are encouraged to seek and obtain police assistance and police protection regardless of their specific immigration status without fear of status checks.

The Somerville Police Department relies upon the cooperation of all persons located in the City of Somerville to achieve important goals such as protecting life and property, investigating and preventing crime, and resolving community problems. This includes citizens, legal residents, and those without a specific documentation status. Regardless of legal status, assistance from various immigrant populations is important when they are the victim of or witness to a serious crime. This is especially important in cases of domestic violence and sexual assault. It is essential that these victims do not feel apprehensive about coming forward with knowledge to aid investigators so that those responsible may be held accountable by the criminal justice system.

The Somerville Police Department understands that perceived enforcement of federal immigration laws by Somerville Police Officers could have a "chilling effect" on the local immigrant community, which could limit this community's cooperation with police. The Police Department depends on cooperation from all residents and community stakeholders including undocumented persons. Without assurances that they will not be subjected to an immigration enforcement action, many undocumented immigrants with critical information will not come forward with information about crimes perpetrated against them or their families.  Many families within the immigrant community might have relatives with undocumented immigration status

and therefore might choose not to assist law enforcement if they believe their family members could face potential deportation.

**Race, religion, gender, sexual orientation, age, occupation, immigration status and other arbitrary characteristics have   no bearing on the decisions made by Somerville Police Officers.  This is especially true when the decision is made by an Officer to stop detain, or arrest an individual during regular police operations.**

The specific immigration status of an individual or group of individuals shall not be a matter of concern for the Somerville Police Department unless reliable and credible information about a potential threat to public safety and/or national security exists.   It is incumbent upon all employees of the Somerville Police Department to make an unyielding personal commitment to equal enforcement of the law and equal service to the public regardless of immigration-documentation status. This valued commitment will undoubtedly increase the public's confidence and trust in the police department's effectiveness and efficiency in protecting and serving the citizens of Somerville.

## Definitions

<u>ICE:</u> Immigration and Customs Enforcement" (ICE) and any other federal agency charged with the enforcement of immigration laws.

<u>ICE Administrative Warrant:</u> A warrant, notice to appear, removal order, warrant of deportation, or other ICE custody document (I-200, I-203, I-205 or another listed in the National Crime Information Database (NCIC)) issued by a federal immigration official, not a judicial officer, and not based on a finding of probable cause for an alleged criminal law violation.

<u>Immigration Detainers and ICE Detainers:</u> Requests made by federal immigration officials, including but not limited to, those authorized under Section 287.7 of Title 8 of the Code of Federal Regulations to local Law Enforcement or Courts, to voluntarily maintain custody of an individual once that individual is released from local custody, and/or to notify a federal agency before the pending release of an individual.

<u>U-Visa:</u> A visa set aside by U.S. Citizenship and Immigration Services (USCIS) for nonimmigrant victims of certain crimes.

## Policy

The enforcement of the nation's federal immigration laws are the responsibility of the federal government.  Accordingly, the Somerville Police Department shall not undertake immigration-related investigations and shall not inquire into the specific immigration status of any person(s) encountered during normal police operations.

**A.** Officers and employees of the city may not inquire about the immigration status of any victim, suspect, arrestee, 911 caller, or other member of the public with whom they have contact, except as required to provide a public benefit.

**B.** The Somerville Police Department will not initiate investigations or take law enforcement action on the sole basis of actual or perceived immigration status, including without limitation the initiation of a stop, apprehension, or arrest. The Somerville Police Department shall not take part in or assist with federal immigration enforcement operations.

**C.** When taking action against a person whose immigration statuses in question and found to be driving without a valid driver's license, officers of the Somerville Police Department shall, whenever possible and if there are no other violations causing the person to be arrested, issue a summons to court instead of taking the person into custody. In such circumstances, the law enforcement officer taking action shall endeavor to provide the driver a reasonable opportunity to arrange for a properly licensed operator to drive the vehicle before seeking to impound the vehicle.

**D.** Consistent with Massachusetts law, no officer or employee of the Somerville Police Department may arrest or detain an individual solely based on an ICE detainer or ICE administrative warrant. This includes extending the length of detention by any amount of time once an individual is or would otherwise be released from local custody, or before being transferred to court or released on bail. **Commonwealth v Lunn 477 Mass. 517 (2017)**

**E.** No officer or employee of the Somerville Police Department shall provide a federal officer with the following information relating to a person in the custody of the Somerville Police Department: information about an individual's incarceration status, length of detention, home address, work address, personal information other than citizenship or immigration status, hearing information, or pending release, except information that is available through the Massachusetts Public Records Laws, M.G.L, c. 66, § 10 and M.G.L. c. 4, § 7.

**F.** Except in response to a judicial warrant or other court order, ICE agents shall not be allowed access to individuals in custody either in person, via telephone or videoconference.

**G.** No officer or employee of the Somerville Police Department may participate in an operation led by a federal agency to detain persons for deportation purposes, except in response to a request to assist with support services deemed necessary to ensure officer safety or to prevent a breach of the peace during a federal operation, such as a requests to establish traffic perimeters, control traffic, or provide police escort. Somerville Police Officers WILL NOT have a direct role in an operation initiated by federal authorities to arrest or detain an individual sought for an immigration violation.

| Enforcement of Federal Immigration Law | Page 4 of 5 | 143 | 3/19/25 |
|---|---|---|---|

**H.** No officer or employee of the City of Somerville shall perform the functions of an immigration officer, whether pursuant to 8 U.S.C. section 1357(g) or any other law, regulation, or policy, whether formal or informal.

## Procedures

### A. ICE Administrative Warrant or Immigration Detainer

1. If the Somerville Police Department receives an immigration detainer or ICE administrative warrant for a person in its custody, the department shall provide the person with a copy of such detainer request or administrative warrant, and any other documentation it possesses pertaining to the person's immigration case.

### B. Documentation received from ICE

**1.** The commander will send all documentation received from ICE to the Compliance Sergeant and the Senior Crime Analyst. To include ICE holds, administrative warrants, notification requests, individuals transferred to ICE custody and any total reimbursements received from the federal government pursuant to any granted hold, administrative warrant, or notification request. The Compliance Sergeant will be responsible for tracking and maintaining the required data in accordance with the Somerville Welcoming Community Ordinance Sec 2-6.

### C. Reporting

**1.** The Compliance Sergeant will present all documentation received from ICE to the Chief of Police on or before June 30th and December 31st of each calendar year. The Chief of Police will submit the required report to the Mayor and City Council.

The report shall contain the following documentation:

1. The total number of ICE holds, administrative warrants, and notification requests lodged with Somerville Law Enforcement officials, organized by the reason(s) given for the request;
2. The total number of individuals detained on an ICE hold or administrative warrants, if any;
3. The total number of individuals transferred to ICE custody, if any; and
4. The total reimbursements received from the federal government pursuant to any granted hold, administrative warrant, or notification request, organized by case.

### D. U-Visa

**1.** In furtherance of the US Victims of Trafficking and Violence Prevention Act, the Somerville Police Department shall consider and sign a U-Visa certification request if an individual.

| Enforcement of Federal Immigration Law | Page 5 of 5 | 143 | 3/19/25 |

    **a.** Is the victim of a qualifying crime, has information about the crime or criminal activity; and

    **b.** Has been, is being, or will likely be helpful in the investigation or prosecution, or conviction, of the perpetrator of a qualifying crime or criminal activity.

  **2.** Examples of qualifying crimes may include but are not limited to:

      (1). Crimes of Violence
      (2). Human Trafficking
      (3). Domestic Violence
      (4). Sexual Crimes
      (5). Exploitation
      (6). Incest
      (7). Prostitution
      (8). Attempt, conspiracy, or solicitation to commit any of the above mentioned crimes.

**E.  Complaints**

    **a.** Allegations of violations of this policy may be filed by any method provided for filing of complaints. Such complaints may be filed with the City of Somerville's Personnel Department, or the Somerville Police Department's Office of Professional Standards. A complete investigation into the complaint will be completed and appropriate disciplinary action shall be issued for a violation of this policy, consistent policy 204 - Professional Standards

**F.  School Records and Enrollment**

    **a.** No employee of the Somerville Police Department shall require a student of the Somerville Public Schools or parent to provide information regarding their immigration or citizenship status. If such information becomes known to an employee of the Somerville Police Department, such information shall not be kept or distributed.

**G.  In-Service Training:**

    **a.** All Officers of the Somerville Police Department shall undergo two (2) hours of In-service training each calendar year on the provisions of this policy and any existing changes to the Federal Government's Policy on Immigration Enforcement.