**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CITY OF CHELSEA and<br>CITY OF SOMERVILLE,<br><br>      *Plaintiffs*,<br><br>           v.<br><br>DONALD J. TRUMP, President of the United States, PAMELA J. BONDI, Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI L. NOEM, Secretary of the United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, SEAN P. DUFFY, Secretary of the United States Department of Transportation, UNITED STATES DEPARTMENT OF TRANSPORTATION, SCOTT TURNER, Secretary of the United States Department of Housing and Urban Development, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and UNITED STATES OF AMERICA,<br><br>      *Defendants*. | Case No. 1:25-cv-10442 |

**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

UPON CONSIDERATION OF Plaintiffs' Motion for Preliminary Injunction and accompanying memorandum of law, declarations, and exhibits, it is hereby ORDERED that the MOTION is GRANTED and Defendants and their officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with them ARE HEREBY RESTRAINED AND ENJOINED from implementing or enforcing, or taking any other

action in furtherance of any withholding or conditioning of federal funds based on the following

orders and directives:

1. Section 17 of the January 20, 2025 Executive Order (Executive Order 14,159) entitled "Protecting the American People Against Invasion";

2. Section 2(a)(ii) of the February 19, 2025 Executive Order (Executive Order 14,218) entitled "Ending Taxpayer Subsidization of Open Borders";

3. Section 3 of the April 28, 2025 Executive Order (Executive Order 14,287) entitled "Protecting American Communities from Criminal Aliens";

4. Attorney General Pamela Bondi's February 5, 2025 memorandum, entitled "Sanctuary Jurisdiction Directives";

5. Section 5(f)(v) of the Department of Transportation's ("DOT's") January 29, 2025 order, entitled "Ensuring Reliance Upon Sound Economic Analysis in Department of Transportation Policies, Programs, and Activities";

6. DOT Secretary Sean Duffy's April 24, 2025 letter to recipients of DOT funding;

7. Article 24.2(a) of DOT's General Terms and Conditions for its Safe Streets and Roads for All grants for fiscal year 2023;

8. Secretary of the Department of Homeland Security ("DHS") Kristi Noem's February 19, 2025 memorandum titled "Restricting Grant Funding for Sanctuary Jurisdictions";

9. Sections C.IX and C.XXXI of version 3 of DHS's updated Standard Terms and Conditions for fiscal year 2025 grants;

10. Secretary of Department of Housing and Urban Development ("HUD") Scott Turner's April 4, 2025 letter.

Defendants are instructed to provide written notice of this Order to all federal departments

and agencies.  The written notice shall instruct those agencies that they may not take steps to

implement or enforce, or take any other action in furtherance of, any withholding or conditioning

of federal funds based on the foregoing orders and directives.

This Order shall apply to the maximum extent provided for by the Federal Rule of Civil

Procedure 65(d)(2) and U.S.C. §§ 705 and 706.

2

Defendants shall file a status report within seven (7) days of this Order describing the steps taken to ensure compliance with this Order and certifying compliance with it.

This Order shall remain in effect until further order of this Court.

IT IS SO ORDERED.

Dated: _____

_____
NATHANIEL M. GORTON
United States District Judge