IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF CHELSEA and CITY OF SOMERVILLE,<br><br>   *Plaintiffs*,<br><br>v.<br><br>DONALD TRUMP, *et al.*,<br><br>   *Defendants*. | Civil Action No. 1:25-cv-10442-NMG |

### NOTICE OF APPEARANCE

  Please take notice that undersigned attorney, Elisabeth J. Neylan of the United States Department of Justice, enters her appearance as counsel for Defendants in this matter.

| | |
|---|---|
| Dated: June 10, 2025 | Respectfully submitted,<br><br>YAAKOV M. ROTH<br>*Acting Assistant Attorney General*<br><br>ANDREW I. WARDEN<br>JOSEPH E. BORSON<br>*Assistant Branch Directors*<br><br><u>/s/ Elisabeth Neylan</u><br>Elisabeth J. Neylan<br>N.Y. Bar Reg. Number: 6125736<br>*Trial Attorney*<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20530<br>Telephone: (202) 616-3519<br>Email: elisabeth.j.neylan@usdoj.gov<br><br>*Counsel for Defendants* |