IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF CHELSEA and CITY OF SOMERVILLE,<br><br>     *Plaintiffs*,<br><br>v.<br><br>DONALD TRUMP, *et al.*,<br><br>     *Defendants*. | Civil Action No. 1:25-cv-10442-NMG |

**JOINT MOTION FOR LEAVE TO FILE EXCESS PAGES
FOR DEFENDANTS' OPPOSITION BRIEF AND PLAINTIFFS' REPLY BRIEF**

  Plaintiffs and Defendants hereby move this Court jointly to grant: (1) Defendants leave to file a brief of not more than forty (40) pages in opposition to Plaintiffs' motion for a preliminary injunction and (2) Plaintiffs leave to file a reply brief that is not more than twenty (20) pages. In support of this motion, the parties state as follows:

  1.  Plaintiffs initiated this action on February 23, 2025, *see* ECF No. 1, and filed an amended complaint on May 31, 2025, *see* ECF No. 10, challenging various Executive Orders and agency directives.

  2.  Plaintiffs sought leave to file a thirty-five-page brief in support of their motion for preliminary injunction, and Defendants did not oppose, *see* ECF No. 8.

  3.  This Court granted that motion on June 2, 2025, *see* ECF No. 11. Plaintiffs filed their motion for a preliminary injunction the next day, *see* ECF No. 12.

1

4.   Rule 7.1(b)(4) of the Local Rules of the U.S. District Court for the District of Massachusetts provides that any memorandum of law supporting or opposing a motion should not exceed twenty (20) double-spaced pages without leave of court.

5.   Defendants seek leave to file a brief of not more than forty (40) pages in opposition to Plaintiffs' motion for a preliminary injunction. Plaintiffs' motion collectively challenges ten memoranda and/or Executive Orders across four cabinet-level Departments. In their papers, Plaintiffs put forward a number of distinct constitutional and statutory arguments in seeking to enjoin these actions. Defendants respectfully submit that the additional pages are necessary to adequately address the numerous elements presented in this action.

6.   Local Rule 7.1(b)(3) provides that reply briefs may only be submitted with leave of court.

7.   Plaintiffs seek leave to file a reply brief that is not more than twenty (20) pages. Plaintiffs respectfully submit that a reply brief is appropriate given the weighty issues in this case and Defendants' anticipated opposition brief of up to forty (40) pages. Plaintiffs propose to submit their reply brief on July 2, 2025, or at a time otherwise ordered by the Court.

WHEREFORE, the parties respectfully request that this Court issue an Order granting: (1) Defendants leave to file a brief in opposition to the preliminary injunction not to exceed forty (40) pages and (2) Plaintiffs leave to file a reply brief that does not exceed twenty (20) pages.

Dated: June 17, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General, Civil Division*

YAAKOV M. ROTH
*Principal Deputy Assistant Attorney General*

ANDREW I. WARDEN
JOSEPH E. BORSON
*Assistant Branch Directors*

*/s/ Elisabeth J. Neylan*
Elisabeth J. Neylan
N.Y. Bar Reg. No.: 6125736
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-3519
Email: elisabeth.j.neylan@usdoj.gov

*Counsel for Defendants*

*/s/ Oren Sellstrom*
Iván Espinoza-Madrigal (BBO# 708080)
Oren Sellstrom (BBO# 569045)
Mirian Albert (BBO# 710093)
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, Fifth Floor
Boston, MA 02110
Tel: (617) 482-1145
iespinoza@lawyersforcivilrights.org
osellstrom@lawyersforcivilrights.org
malbert@lawyersforcivilrights.org

*Attorneys for Plaintiffs City of Chelsea and City of Somerville*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 17, 2025, the foregoing pleading was filed electronically through the CM/ECF system, which causes all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

                                                */s/ Elisabeth J. Neylan*
                                                Elisabeth J. Neylan
                                                Trial Attorney
                                                United States Department of Justice