# Exhibit B

## 23 U.S.C. § 402 Note (Safe Streets and Roads for All Grant Program § (d)(3))

# HEINONLINE



DATE DOWNLOADED: Mon Jul  7 17:11:10 2025
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Public Law 117-58, 117 P.L. United States 135 STAT. 429 (2021-2022).

ALWD 7th ed.
, Public Law 117-58, 117 P.L. United States 135 STAT. 429 (2021-2022).

APA 7th ed.
(2021-2022). Public Law 117-58. Public and Private Laws of the United States, 117, 135 STAT. 429-135 STAT. 1467.

Chicago 17th ed.
"Public Law 117-58," Public and Private Laws of the United States 117 (2021-2022): 135 STAT. 429-135 STAT. 1467

McGill Guide 10th ed.
"Public Law 117-58" (2021-2022) 117 PL United States 135 STAT. 429.

AGLC 4th ed.
'Public Law 117-58' (2021-2022) 117 Public and Private Laws of the United States 135 STAT. 429

MLA 9th ed.
"Public Law 117-58." Public and Private Laws of the United States, 117, 2021-2022, pp. 135 STAT. 429-135 STAT. 1467. HeinOnline.

OSCOLA 4th ed.
'Public Law 117-58' (2021-2022) 117 PL United States 135 STAT. 429         x
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.
Cite this document
PinCite this document

Provided by:
DOJ Libraries

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

(b) CLERICAL AMENDMENT.—The analysis for subchapter III of chapter 3 of title 49, United States Code, is amended by inserting after the item relating to section 354 the following:

49 USC 301 prec.

"355. Motorcyclist Advisory Council.".

(c) CONFORMING AMENDMENTS.—
(1) Section 1426 of the FAST Act (23 U.S.C. 101 note; Public Law 114–94) is repealed.

Repeal.

(2) The table of contents for the FAST Act (Public Law 114–94; 129 Stat. 1313) is amended by striking the item relating to section 1426.

**SEC. 24112. SAFE STREETS AND ROADS FOR ALL GRANT PROGRAM.**

23 USC 402 note.

(a) DEFINITIONS.—In this section:
(1) COMPREHENSIVE SAFETY ACTION PLAN.—The term "comprehensive safety action plan" means a plan aimed at preventing transportation-related fatalities and serious injuries in a locality, commonly referred to as a "Vision Zero" or "Toward Zero Deaths" plan, that may include—
(A) a goal and timeline for eliminating fatalities and serious injuries;
(B) an analysis of the location and severity of vehicle-involved crashes in a locality;
(C) an analysis of community input, gathered through public outreach and education;
(D) a data-driven approach to identify projects or strategies to prevent fatalities and serious injuries in a locality, such as those involving—
(i) education and community outreach;
(ii) effective methods to enforce traffic laws and regulations;
(iii) new vehicle or other transportation-related technologies; and
(iv) roadway planning and design; and
(E) mechanisms for evaluating the outcomes and effectiveness of the comprehensive safety action plan, including the means by which that effectiveness will be reported to residents in a locality.
(2) ELIGIBLE ENTITY.—The term "eligible entity" means—
(A) a metropolitan planning organization;
(B) a political subdivision of a State;
(C) a federally recognized Tribal government; and
(D) a multijurisdictional group of entities described in any of subparagraphs (A) through (C).
(3) ELIGIBLE PROJECT.—The term "eligible project" means a project—
(A) to develop a comprehensive safety action plan;
(B) to conduct planning, design, and development activities for projects and strategies identified in a comprehensive safety action plan; or
(C) to carry out projects and strategies identified in a comprehensive safety action plan.
(4) PROGRAM.—The term "program" means the Safe Streets and Roads for All program established under subsection (b).
(b) ESTABLISHMENT.—The Secretary shall establish and carry out a program, to be known as the Safe Streets and Roads for All program, that supports local initiatives to prevent death and

135 STAT. 816           PUBLIC LAW 117–58—NOV. 15, 2021

serious injury on roads and streets, commonly referred to as "Vision Zero" or "Toward Zero Deaths" initiatives.
  (c) GRANTS.—
    (1) IN GENERAL.—In carrying out the program, the Secretary may make grants to eligible entities, on a competitive basis, in accordance with this section.
    (2) LIMITATIONS.—
      (A) IN GENERAL.—Not more than 15 percent of the funds made available to carry out the program for a fiscal year may be awarded to eligible projects in a single State during that fiscal year.
      (B) PLANNING GRANTS.—Of the total amount made available to carry out the program for each fiscal year, not less than 40 percent shall be awarded to eligible projects described in subsection (a)(3)(A).
  (d) SELECTION OF ELIGIBLE PROJECTS.—
    (1) SOLICITATION.—Not later than 180 days after the date on which amounts are made available to provide grants under the program for a fiscal year, the Secretary shall solicit from eligible entities grant applications for eligible projects in accordance with this section. *[margin: Deadline.]*
    (2) APPLICATIONS.—
      (A) IN GENERAL.—To be eligible to receive a grant under the program, an eligible entity shall submit to the Secretary an application in such form and containing such information as the Secretary considers to be appropriate.
      (B) REQUIREMENT.—An application for a grant under this paragraph shall include mechanisms for evaluating the success of applicable eligible projects and strategies.
    (3) CONSIDERATIONS.—In awarding a grant under the program, the Secretary shall take into consideration the extent to which an eligible entity, and each eligible project proposed to be carried out by the eligible entity, as applicable—
      (A) is likely to significantly reduce or eliminate transportation-related fatalities and serious injuries involving various road users, including pedestrians, bicyclists, public transportation users, motorists, and commercial operators, within the timeframe proposed by the eligible entity;
      (B) demonstrates engagement with a variety of public and private stakeholders;
      (C) seeks to adopt innovative technologies or strategies to promote safety;
      (D) employs low-cost, high-impact strategies that can improve safety over a wider geographical area;
      (E) ensures, or will ensure, equitable investment in the safety needs of underserved communities in preventing transportation-related fatalities and injuries;
      (F) includes evidence-based projects or strategies; and
      (G) achieves such other conditions as the Secretary considers to be necessary.
    (4) TRANSPARENCY.—
      (A) IN GENERAL.—The Secretary shall evaluate, through a methodology that is discernible and transparent to the public, the means by, and extent to, which each application under the program addresses any applicable merit criteria established by the Secretary. *[margin: Evaluation.]*

(B) PUBLICATION.—The methodology under subparagraph (A) shall be published by the Secretary as part of the notice of funding opportunity under the program.

(e) FEDERAL SHARE.—The Federal share of the cost of an eligible project carried out using a grant provided under the program shall not exceed 80 percent.

(f) FUNDING.—

(1) AUTHORIZATION OF APPROPRIATIONS.—There is authorized to be appropriated to carry out this section $200,000,000 for each of fiscal years 2022 through 2026, to remain available for a period of 3 fiscal years following the fiscal year for which the amounts are appropriated. *Time periods.*

(2) ADMINISTRATIVE EXPENSES.—Of the amounts made available to carry out the program for a fiscal year, the Secretary may retain not more than 2 percent for the administrative expenses of the program.

(3) AVAILABILITY TO ELIGIBLE ENTITIES.—Amounts made available under a grant under the program shall remain available for use by the applicable eligible entity until the date that is 5 years after the date on which the grant is provided. *Time period.*

(g) DATA SUBMISSION.—

(1) IN GENERAL.—As a condition of receiving a grant under this program, an eligible entity shall submit to the Secretary, on a regular basis as established by the Secretary, data, information, or analyses collected or conducted in accordance with subsection (d)(3).

(2) FORM.—The data, information, and analyses under paragraph (1) shall be submitted in such form such manner as may be prescribed by the Secretary.

(h) REPORTS.—Not later than 120 days after the end of the period of performance for a grant under the program, the eligible entity shall submit to the Secretary a report that describes—

(1) the costs of each eligible project carried out using the grant;

(2) the outcomes and benefits that each such eligible project has generated, as—

(A) identified in the grant application of the eligible entity; and

(B) measured by data, to the maximum extent practicable; and

(3) the lessons learned and any recommendations relating to future projects or strategies to prevent death and serious injury on roads and streets.

(i) BEST PRACTICES.—Based on the information submitted by eligible entities under subsection (g), the Secretary shall—

(1) periodically post on a publicly available website best practices and lessons learned for preventing transportation-related fatalities and serious injuries pursuant to strategies or interventions implemented under the program; and

(2) evaluate and incorporate, as appropriate, the effectiveness of strategies and interventions implemented under the program for the purpose of enriching revisions to the document entitled "Countermeasures That Work: A Highway Safety Countermeasure Guide for State Highway Safety Offices, Ninth Edition" and numbered DOT HS 812 478 (or any successor document).

Deadlines.

47 USC 942 note.

**SEC. 24113. IMPLEMENTATION OF GAO RECOMMENDATIONS.**

(a) NEXT GENERATION 911.—

(1) IN GENERAL.—Not later than 1 year after the date of enactment of this Act, the Secretary shall implement the recommendations of the Comptroller General of the United States contained in the report entitled "Next Generation 911: National 911 Program Could Strengthen Efforts to Assist States", numbered GAO–18–252, and dated January 1, 2018, by requiring that the Administrator of the National Highway Traffic Safety Administration, in collaboration with the appropriate Federal agencies, shall determine the roles and responsibilities of the Federal agencies participating in the initiative entitled "National NG911 Roadmap initiative" to carry out the national-level tasks with respect which each agency has jurisdiction.

(2) IMPLEMENTATION PLAN.—The Administrator of the National Highway Traffic Safety Administration shall develop an implementation plan to support the completion of national-level tasks under the National NG911 Roadmap initiative.

23 USC 402 note.

(b) PEDESTRIAN AND CYCLISTS INFORMATION AND ENHANCED PERFORMANCE MANAGEMENT.—

(1) IN GENERAL.—Not later than 2 years after the date of enactment of this Act, the Secretary shall implement the recommendations of the Comptroller General of the United States contained in the report entitled "Pedestrians and Cyclists: Better Information to States and Enhanced Performance Management Could Help DOT Improve Safety", numbered GAO–21–405, and dated May 20, 2021, by—

(A) carrying out measures to collect information relating to the range of countermeasures implemented by States;

Analysis.

(B) analyzing that information to help advance knowledge regarding the effectiveness of those countermeasures; and

(C) sharing with States any results.

(2) PERFORMANCE MANAGEMENT PRACTICES.—The Administrator of the National Highway Traffic Safety Administration shall use performance management practices to guide pedestrian and cyclist safety activities by—

(A) developing performance measures for the Administration and program offices responsible for implementing pedestrian and cyclist safety activities to demonstrate the means by which those activities contribute to safety goals; and

(B) using performance information to make any necessary changes to advance pedestrian and cyclist safety efforts.

## Subtitle B—Vehicle Safety

Time period.

**SEC. 24201. AUTHORIZATION OF APPROPRIATIONS.**

There are authorized to be appropriated to the Secretary to carry out chapter 301, and part C of subtitle VI, of title 49, United States Code—

(1) $200,294,333 for fiscal year 2022;

(2) $204,300,219 for fiscal year 2023;