IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF CHELSEA and CITY OF SOMERVILLE,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-10442-NMG |

**UNOPPOSED MOTION TO STAY DEFENDANTS' DEADLINE
TO RESPOND TO THE COMPLAINT PENDING RESOLUTION OF THE
<u>PRELIMINARY INJUNCTION MOTION</u>**

Defendants respectfully request that this Court stay their obligation to file a response to the Complaint under Federal Rule of Civil Procedure 12 pending resolution of Plaintiffs' Motion for a Preliminary Injunction, and in support state as follows:

1.  Plaintiffs filed the instant action on February 23, 2025 and completed service on May 27, 2025.  *See* ECF Nos. 1, 9.

2.  On June 3, 2025, Plaintiffs moved for a preliminary injunction.  ECF No. 12.

3.  Briefing was completed on the preliminary-injunction motion on July 2, *see* ECF No. 27, and a motion hearing is scheduled for July 17, 2025, *see* ECF No. 26.

4.  Under Federal Rule of Civil Procedure 12(a)(2), the United States and its officers and employees sued in their official capacity must respond to a complaint within 60 days after service on the United States attorney.

5.  Plaintiffs completed service on May 27, 2025, so Defendants' deadline to respond to the Complaint is July 26, 2025.

1

6. Defendants respectfully request a stay of their obligation to respond to the Complaint under Federal Rule of Civil Procedure 12 pending resolution of the motion for a preliminary injunction. There is good cause to stay Defendants' response to the complaint proceedings during the pendency of Plaintiffs' motion. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997) (stating that a "[d]istrict Court has broad discretion to stay proceedings as an incident to its power to control its own docket"). Any order on Plaintiffs' motion for a preliminary injunction necessarily will inform Defendants' response to the Complaint and shape the next steps in the litigation. Accordingly, considerations of party and judicial economy would benefit from resolution of the motion for preliminary injunction before moving on to further proceedings in this case.

7. Defendants propose that the parties file a joint status report addressing further proceedings within 14 days of the issuance of an order resolving Plaintiffs' motion for a preliminary injunction.

8. Plaintiffs do not oppose this motion.

Dated: July 11, 2025                                 Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ANDREW I. WARDEN
JOSEPH E. BORSON
*Assistant Branch Directors*

/s/ *Elisabeth J. Neylan*
Elisabeth J. Neylan
N.Y. Bar Reg. Number: 6125736
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-3519
Email: elisabeth.j.neylan@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 11, 2025, the foregoing pleading was filed electronically through the CM/ECF system, which causes all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

                                                  */s/ Elisabeth J. Neylan*
                                                  Elisabeth J. Neylan
                                                  Trial Attorney
                                                  United States Department of Justice