UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF CHELSEA and CITY OF SOMERVILLE,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, President of the United States, PAMELA J. BONDI, Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI L. NOEM, Secretary of the United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, SEAN P. DUFFY, Secretary of the United States Department of Transportation, UNITED STATES DEPARTMENT OF TRANSPORTATION, SCOTT TURNER, Secretary of the United States Department of Housing and Urban Development, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and UNITED STATES OF AMERICA,<br><br>    *Defendants*. | Case No. 1:25-cv-10442 |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs hereby provide supplemental authority in support of their pending Motion for Preliminary Injunction. On July 18, 2025, the First Circuit decided *American Public Health Ass'n, et al. v. National Institutes of Health, et al.*, Nos. 25-1611 & 25-1612, 2025 WL 2017106 (1st Cir. July 18, 2025) ("*APHA*"), denying the defendants' request for a stay of district court orders setting aside a policy prohibiting the National Institutes of Health from funding certain scientific research.

*Id*. at *1. The *APHA* decision addresses a number of issues pertinent to Plaintiffs' pending preliminary injunction motion in this action, including:

1.	The *APHA* Court held that the district court likely had jurisdiction over the case, rejecting the defendants' assertion that the claims belonged in the Court of Federal Claims under the Tucker Act. *Id.* at *6. The Court's analysis and holding support the arguments made on pages 7 through 9 of Plaintiffs' Reply Memorandum of Law in Support of Plaintiffs' Motion, ECF No. 27 (the "Reply").

2.	The *APHA* Court held that the balance of equities weighed in favor of denying the stay. *Id.* at *10-11. In doing so, the Court highlighted a variety of harms that would befall the plaintiffs if the challenged policies were not stayed during the pendency of the litigation, which could not be remedied by later monetary payments, including lost time, disruptions to research continuity, layoffs, and research cuts. *Id.* at *11 ("In response, the Department fails to address any of the non-monetary harms that the plaintiff detailed, which cannot be remedied by belated payment."). The Court's analysis and holding support the arguments made on pages 29 through 34 of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion, ECF No. 12-1, as well as on pages 18 through 19 of the Reply.

    Respectfully submitted,

*/s/ Oren Sellstrom*
Iván Espinoza-Madrigal (BBO# 708080)
Oren Sellstrom (BBO# 569045)
Mirian Albert (BBO# 710093)
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, Fifth Floor
Boston, MA 02110
Tel: (617) 482-1145
osellstrom@lawyersforcivilrights.org
*Attorneys for Plaintiffs City of Chelsea and City of Somerville*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 24, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                          */s/ Oren Sellstrom*
                                          Oren Sellstrom