IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF CHELSEA and CITY OF SOMERVILLE,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-10442-NMG |

**ASSENTED TO MOTION FOR A STAY OF JOINT STATUS REPORT DEADLINE IN LIGHT OF LAPSE OF APPROPRIATIONS**

Defendants hereby move for a stay of the deadline to submit a joint status report in the above-captioned case and in support state as follows:

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Defendants. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the Defendants' October 16, 2025 deadline to confer with Plaintiffs and file a joint status report addressing further proceedings, *see* ECF No. 29 ¶ 7 (proposing to submit joint status report within 14 days of the

1

Court's resolution of the preliminary injunction motion), ECF No. 41 (denying preliminary injunction motion), until Congress has restored appropriations to the Department.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations – plus five additional days to allow for the orderly resumption of litigation.

5.      Opposing counsel has authorized counsel for the Government to state that the Plaintiffs assent to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 3, 2025

                                       Respectfully submitted,

                                       BRETT A. SHUMATE
                                       *Assistant Attorney General, Civil Division*

                                       YAAKOV M. ROTH
                                       *Principal Deputy Assistant Attorney General*

                                       ANDREW I. WARDEN
                                       JOSEPH E. BORSON
                                       *Assistant Branch Directors*

                                       /s/ *Elisabeth J. Neylan*
                                       Elisabeth J. Neylan
                                       N.Y. Bar Reg. No.: 6125736
                                       *Trial Attorney*
                                       U.S. Department of Justice
                                       Civil Division, Federal Programs Branch
                                       1100 L Street, NW
                                       Washington, DC 20530
                                       Telephone: (202) 616-3519

Email: elisabeth.j.neylan@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2025, the foregoing pleading was filed electronically through the CM/ECF system, which causes all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

                                                          */s/ Elisabeth J. Neylan*
                                                          Elisabeth J. Neylan
                                                          Trial Attorney
                                                          United States Department of Justice