IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF CHELSEA and CITY OF SOMERVILLE,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-10442-NMG |

[PROPOSED] **ORDER GRANTING DEFENDANTS' ASSENTED TO MOTION TO STAY DEADLINE TO SUBMIT JOINT STATUS REPORT**

Upon consideration of Defendants' Assented To Motion for a Stay of Joint Status Report Deadline in Light of Lapse of Appropriations, it is this _____ day of _____ 2025

**ORDERED** that the same be, and hereby is, **GRANTED**; and it is further

**ORDERED** that all case deadlines shall be extended commensurate with the duration of the lapse in appropriations, plus five additional days.

SO ORDERED this _____ day of October, 2025.

_____
NATHANIEL M. GORTON
United States District Judge

PRESENTED BY:

/s/ *Elisabeth J. Neylan*
Elisabeth J. Neylan