# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CITY OF CHELSEA and CITY OF
SOMERVILLE,

                    *Plaintiffs,*

*v.*                                                        Civil Action No. 1:25-cv-10442-NMG

DONALD TRUMP, *et al.,*

                    *Defendants.*

## **GOVERNMENT'S NOTICE OF A RESUMPTION OF APPROPRIATIONS**

On November 12, 2025, the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026 was signed by the President. That law restored appropriations to *inter alia* the Department of Justice, effective November 13, 2025. In light of that development, and in accordance with this Court's order allowing Defendants' assented to motion to stay our joint status report deadline, ECF No. 43, Defendants intend to meet and confer with Plaintiffs in a timely manner regarding next steps in the case, and the parties will thereafter file a joint status report with the Court.

Dated: November 13, 2025

                                        Respectfully submitted,

                                        BRETT A. SHUMATE
                                        *Assistant Attorney General, Civil Division*

                                        YAAKOV M. ROTH
                                        *Principal Deputy Assistant Attorney General*

                                        ANDREW I. WARDEN
                                        JOSEPH E. BORSON

*Assistant Branch Directors*

/s/  *Elisabeth J. Neylan*
Elisabeth J. Neylan
N.Y. Bar Reg. No.: 6125736
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-3519
Email: elisabeth.j.neylan@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2025, the foregoing pleading was filed electronically through the CM/ECF system, which causes all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

/s/ Elisabeth J. Neylan
Elisabeth J. Neylan
Trial Attorney
United States Department of Justice