IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF CHELSEA and CITY OF SOMERVILLE, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-10442-NMG |

## **JOINT STATUS REPORT**

Plaintiffs, City of Chelsea and City of Somerville, and Defendants, Donald Trump, *et al.*, hereby submit this Joint Status Report following the resumption of appropriations:

1. Plaintiffs initiated this action on February 23, 2025, challenging various Executive Orders and agency directives aimed at ensuring that sanctuary jurisdictions do not receive access to federal funds. *See* ECF No. 1.

2. Three months later, Plaintiffs filed an amended complaint, *see* ECF No. 10, and on June 3, 2025 moved for a preliminary injunction, *see* ECF No. 12.

3. Defendants opposed that motion, *see* ECF No. 19, and this Court denied it after oral argument, *see* ECF No. 41.

4. Further proceedings were then stayed during the lapse in appropriations, *see* ECF No. 43, and the parties now submit this Joint Status Report regarding next steps in this case.

5. As the factual landscape for some of Plaintiffs' claims has evolved, Plaintiffs propose to file a second amended complaint, a draft of which they aim to share with Defendants by December 12, 2025.

1

6.       Defendants will review the draft and, subject to their review, expect to consent to Plaintiffs' filing the second amended complaint.

7.       Plaintiffs have also requested that Defendant Housing and Urban Development ("HUD") compile an Administrative Record ("AR") as to the HUD claims. HUD is prepared to begin compiling that AR and anticipates it will be complete within approximately 8 weeks.

8.       Once Plaintiffs have filed their second amended complaint and HUD has completed its AR, the parties propose filing a further Joint Status Report to propose to the Court a schedule for further proceedings. Depending on the AR and on any further factual developments that may occur, Plaintiffs anticipate filing a motion for partial summary judgment or for preliminary injunctive relief focused on one or more specific agency directives. Depending on the allegations in the second amended complaint and in Plaintiffs' motion, Defendants anticipate filing a cross-motion for summary judgment and/or a motion to dismiss. In the further Joint Status Report that is contemplated, the parties will propose a briefing schedule to the Court for any such motions.

9.       In light of the foregoing, and in the interest of judicial economy, Defendants further propose that Defendants' deadline to respond to the complaint under Federal Rule of Civil Procedure 12 remain stayed pending further order of the Court. *See* ECF No. 30 (staying R.12 deadline pending resolution of the preliminary injunction motion). There is good cause to stay that deadline until the above steps have been taken and the parties have advised the Court of their anticipated motions. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997) (stating that a "[d]istrict Court has broad discretion to stay proceedings as an incident to its power to control its own docket"). Accordingly, considerations of party and judicial economy would benefit from a continued stay, at least until a further Joint Status Report is submitted. Plaintiffs do not oppose this request.

10. Should further factual developments occur prior to the filing of the further Joint Status Report that necessitate any change to this manner of proceeding, the parties will advise the Court accordingly.

Dated: December 3, 2025

                                                      Respectfully submitted,

                                                      BRETT A. SHUMATE
*Assistant Attorney General, Civil Division*

YAAKOV M. ROTH
*Principal Deputy Assistant Attorney General*

ANDREW I. WARDEN
JOSEPH E. BORSON
*Assistant Branch Directors*

/s/ Elisabeth J. Neylan
Elisabeth J. Neylan
N.Y. Bar Reg. No.: 6125736
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-3519
Email: elisabeth.j.neylan@usdoj.gov

*Counsel for Defendants*

/s/ Oren Sellstrom
Oren Sellstrom (BBO# 569045)
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, Fifth Floor
Boston, MA 02110
Tel: (617) 482-1145
osellstrom@lawyersforcivilrights.org

*Counsel for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2025, the foregoing pleading was filed electronically through the CM/ECF system, which causes all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

*/s/ Elisabeth J. Neylan*
Elisabeth J. Neylan
Trial Attorney
United States Department of Justice