# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF CHELSEA and CITY OF SOMERVILLE,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, President of the United States, PAMELA J. BONDI, Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI L. NOEM, Secretary of the United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, SEAN P. DUFFY, Secretary of the United States Department of Transportation, UNITED STATES DEPARTMENT OF TRANSPORTATION, SCOTT TURNER, Secretary of the United States Department of Housing and Urban Development, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and UNITED STATES OF AMERICA,<br><br>    *Defendants*. | Case No. 1:25-cv-10442-NMG |

## PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO FILE THEIR SECOND AMENDED COMPLAINT

Plaintiffs respectfully move this Court, pursuant to Fed. R. Civ. P. 15(a)(2), for leave to file their Second Amended Complaint. A true and correct copy of the proposed Second Amended Complaint is attached hereto as **Exhibit 1**, along with the exhibits thereto labeled as Exhibits A through O. Defendants have consented to the filing.

The Second Amended Complaint reflects developments that have transpired since the filing of the First Amended Complaint, including: (1) the immigration-related grant conditions imposed by the U.S. Department of Housing and Urban Development ("HUD") that implement the Executive Orders (the "HUD Immigration Conditions"), attached to the Second Amended Complaint as Exhibit O; (2) updated budgetary data to reflect Plaintiffs' status with regard to federal funding at the time of filing the Second Amended Complaint; and (3) updated statuses of key related federal litigation.

Granting leave will promote the orderly progression of this action and will not prejudice Defendants. Defendants consented to the filing of the Second Amended Complaint on December 15, 2025, reserving all rights under Fed. R. Civ. P. 12 with respect to it.

For the above reasons, Plaintiffs respectfully request that the Court grant this assented-to motion and permit the filing of the Second Amended Complaint.

Dated: December 17, 2025

Respectfully submitted,

*/s/ Oren Sellstrom*
Iván Espinoza-Madrigal (BBO# 708080)
Oren Sellstrom (BBO# 569045)
Mirian Albert (BBO# 710093)
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, Fifth Floor
Boston, MA 02110
Tel: (617) 482-1145
iespinoza@lawyersforcivilrights.org
osellstrom@lawyersforcivilrights.org
malbert@lawyersforcivilrights.org

*Attorneys for Plaintiffs City of Chelsea and City of Somerville*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Oren Sellstrom*
Oren Sellstrom