UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF CHELSEA and CITY OF SOMERVILLE,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, PAMELA J. BONDI, Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI L. NOEM, Secretary of the United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, SEAN P. DUFFY, Secretary of the United States Department of Transportation, UNITED STATES DEPARTMENT OF TRANSPORTATION, SCOTT TURNER, Secretary of the United States Department of Housing and Urban Development, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 1:25-cv-10442-NMG |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO FILE THEIR SECOND AMENDED COMPLAINT**

Upon consideration of Plaintiffs' Assented-To Motion for Leave to File Their Second Amended Complaint, and pursuant to Fed. R. Civ. P. 15(a)(2), the Court finds that good cause exists to grant such leave, and the Motion is **GRANTED**. Plaintiffs' Second Amended Complaint (attached as Exhibit 1), together with its exhibits (attached as Exhibits A through O), are deemed filed as of the date of this Order.

SO ORDERED.

Dated: _____

NATHANIEL M. GORTON
United States District Judge