# Exhibit N

Designation Fact Sheet



**CRACKING DOWN ON SANCTUARY CITIES:** Today, President Donald J. Trump signed an Executive Order to enforce federal law with respect to sanctuary jurisdictions to protect their citizens from dangerous illegal aliens.

- The Order directs the Attorney General and Secretary of Homeland Security to publish a list of States and local jurisdictions obstructing federal immigration law enforcement and notify each sanctuary jurisdiction of its non-compliance, providing an opportunity to correct it.
- Sanctuary jurisdictions that do not comply with federal law may lose federal funding.
- The Order directs the Attorney General and Secretary of Homeland Security to pursue all necessary legal remedies and enforcement measures to bring non-compliant jurisdictions into compliance.
- It instructs the Attorney General and Secretary of Homeland Security to develop mechanisms for proper eligibility verification in sanctuary jurisdictions to prevent illegal aliens from receiving federal public benefits.
- The Order ensures illegal aliens are not being favored over American citizens by directing the Attorney General to address state or local laws that unlawfully prioritize aliens.
    - This includes in-state tuition benefits for aliens or criminal sentencing factors that favor aliens.

**ENFORCING FEDERAL LAW:** President Trump believes it is imperative that the federal government restore the enforcement of United States immigration law to protect national sovereignty and security.

- Millions of illegal aliens entered the United States under President Biden's watch, including human smugglers, gang members, criminals, and terrorists.

5/30/25, 4:50 PM  Fact Sheet: President Donald J. Trump Protects American Communities from Criminal Aliens – The White House

Case 1:25-cv-10442-NMG    Document 48-14    Filed 12/18/25    Page 3 of 4

- Some state and local officials are choosing to violate, obstruct, and defy the enforcement of Federal immigration laws, a lawless insurrection against the Federal Government's constitutional authority to protect the territorial sovereignty of the United States and conduct a unified national policy on immigration.
    - The sanctuary state of Massachusetts released several illegal aliens accused of raping kids back into the community while refusing to hold them for ICE.
    - Jose Ibarra was arrested and released twice before going on to murder Laken Riley.
    - The sanctuary city of Philadelphia ignored an ICE detainer and released a previously deported illegal alien from Honduras, who then went on to rape a child.
- Beyond creating enormous national security risks, these efforts often violate federal criminal laws, including those prohibiting obstruction of justice, harboring or hiring illegal aliens, conspiring against the United States, and impeding federal law enforcement.

**SECURING OUR HOMELAND:** President Trump is following through on his promise to rid the United States of sanctuary cities.

- President Trump: "No more Sanctuary Cities! They protect the Criminals, not the Victims. They are disgracing our Country, and are being mocked all over the World. Working on papers to withhold all Federal Funding for any City or State that allows these Death Traps to exist!!!"

NEWS

ADMINISTRATION

ISSUES

CONTACT

EOP

VISIT

GALLERY

5/30/25, 4:50 PM  Fact Sheet: President Donald J. Trump Protects American Communities from Criminal Aliens – The White House

Case 1:25-cv-10442-NMG    Document 48-14    Filed 12/18/25    Page 4 of 4

VIDEO LIBRARY

AMERICA 250

FOUNDING FATHERS



Subscribe to The White House newsletter

SIGN UP

THE WHITE HOUSE

1600 Pennsylvania Ave NW
Washington, DC 20500

WH.GOV

Copyright

Privacy