IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF CHELSEA and CITY OF SOMERVILLE,<br><br>      *Plaintiffs*,<br><br>v.<br><br><br>DONALD TRUMP, *et al.*,<br><br>      *Defendants*. | Civil Action No. 1:25-cv-10442-NMG |

## NOTICE OF APPEARANCE

Please take notice that Alexander J. Yun, an attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance as additional counsel for the Defendants in the above-captioned matter.

Dated:  January 21, 2026        Respectfully submitted,

                 BRETT A. SHUMATE
                 Assistant Attorney General

                 ANDREW I. WARDEN
                 JOSEPH E. BORSON
                 Assistant Branch Directors

                 */s/ Alexander J. Yun*
                 ALEXANDER J. YUN (D.C. Bar No. 90028923)
                 Trial Attorney, U.S. Department of Justice
                 Civil Division, Federal Programs Branch
                 1100 L Street NW
                 Washington, D.C. 20005
                 202-674-0255
                 Alex.Yun@usdoj.gov

                 *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2025, the foregoing pleading was filed electronically through the CM/ECF system, which causes all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

/s/ Alexander J. Yun
ALEXANDER J. YUN
Trial Attorney
United States Department of Justice