# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

CITY OF CHELSEA and
CITY OF SOMERVILLE,

    *Plaintiffs*,

      v.

DONALD J. TRUMP, *et al.*,

    *Defendants*.

Case No. 1:25-cv-10442-NMG

## NOTICE OF APPEARANCE

Please enter the appearance of Jillian Lenson on behalf of Plaintiffs in the above-captioned action.

Respectfully submitted,

*/s/ Jillian Lenson*
Jillian Lenson (BBO # 690653)
Lawyers for Civil Rights
61 Batterymarch Street, Fifth Floor
Boston, MA 02110
jlenson@lawyersforcivilrights.org

Dated: March 27, 2026

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, a true copy of the above document, filed through the CM/ECF system, will be sent electronically to the registered participants of record as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Jillian Lenson*
Jillian Lenson