## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CITY OF CHELSEA and CITY OF
SOMERVILLE,

*Plaintiffs,*

v.

DONALD TRUMP, *et al.,*

*Defendants.*

Civil Action No. 1:25-cv-10442-NMG

## JOINT MOTION FOR BRIEFING SCHEDULE

Plaintiffs, City of Chelsea and City of Somerville, and Defendants, Donald Trump, *et al.,* hereby move for the Court to establish a briefing schedule for Defendants' response to Plaintiffs' Second Amended Complaint, ECF No. 48, as set forth below.

1. Plaintiffs initiated this action on February 23, 2025, challenging various Executive Orders and agency directives aimed at ensuring that sanctuary jurisdictions do not receive access to federal funds. ECF No. 1.

2. Three months later, Plaintiffs filed an amended complaint, ECF No. 10, and on June 3, 2025 moved for a preliminary injunction, ECF No. 12.

3. Defendants opposed that motion, ECF No. 19, and this Court denied it after oral argument, ECF No. 41.

4. After a lapse and subsequent resumption of appropriations, the parties submitted a joint status report detailing (1) Plaintiffs' intent to file a second amended complaint, (2) Defendant U.S. Department of Housing and Urban Development's ("HUD's") efforts to compile an Administrative Record ("AR") as to the HUD claims, and (3) Defendants' proposal to stay their

requirement to respond to the complaint pending further order of the Court, which Plaintiffs did not oppose.  ECF No. 45.

5.      Plaintiffs filed their Second Amended Complaint on December 18, 2026.  ECF No. 48.

6.      Defendant HUD completed production of the AR on February 13, 2026 and subsequently produced it to Plaintiffs the same day.

7.      The parties have conferred and propose the following briefing schedule: Defendants' response to Plaintiffs' second amended complaint, which will be a Motion to Dismiss, should be due thirty days after the Court issues a scheduling order; Plaintiffs' opposition should be due thirty days after Defendant's response; and Defendant's reply should be due fourteen days later.

Accordingly, the parties respectfully request that the Court issue an order granting the parties' agreed-upon briefing schedule.  A proposed order is attached.

Dated: April 27, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
JOSEPH E. BORSON
Assistant Branch Directors

/s/   Alexander J. Yun
ALEXANDER J. YUN
ELISABETH J. NEYLAN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
202-674-0255
Alex.Yun@usdoj.gov

*Counsel for Defendants*

/s/   Jillian Lenson
Iván Espinoza-Madrigal (BBO# 708080)
Oren Sellstrom (BBO# 569045)
Jillian Lenson (BBO# 690653)
Mirian Albert (BBO# 710093)
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, Fifth Floor
Boston, MA 02110
Tel: (617) 482-1145
jlenson@lawyersforcivilrights.org

*Counsel for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 27, 2026, the foregoing pleading was filed electronically through the CM/ECF system, which causes all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

/s/ Alexander J. Yun
ALEXANDER J. YUN
Trial Attorney
United States Department of Justice