**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CITY OF CHELSEA and CITY OF SOMERVILLE, | |
| *Plaintiffs*, | Civil Action No. 1:25-cv-10442-NMG |
| *v.* | |
| DONALD TRUMP, *et al.*, | |
| *Defendants.* | |

Having reviewed the Parties' Joint Motion for Briefing Schedule, it is hereby ORDERED that the Motion is GRANTED.  Defendants shall file their response to Plaintiffs' Second Amended Complaint within thirty days of the issuance of this order; Plaintiffs shall file any opposition within thirty days of the filing of Defendants' response, and Defendants shall file any reply within fourteen days of the filing of Plaintiffs' opposition.

Dated: _____        _____
                                      NATHANIEL M. GORTON
                                      Senior United States District Judge