**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

CITY OF CHELSEA and CITY OF
SOMERVILLE,

                    *Plaintiffs*,

v.

DONALD TRUMP, *et al.*,

                    *Defendants*.

Civil Action No. 1:25-cv-10442-NMG

**JOINT MOTION FOR LEAVE TO FILE EXCESS PAGES FOR DEFENDANTS'
MOTION TO DISMISS AND PLAINTIFFS' OPPOSITION**

Plaintiffs and Defendants hereby move this Court to jointly grant: (1) Defendants leave to file a motion to dismiss in response to Plaintiffs' Second Amended Complaint of no more than thirty-five (35) pages and (2) Plaintiffs leave to file an opposition to Defendants' motion of no more than thirty-five (35) pages. In support of this motion, the parties state as follows:

1. Plaintiffs initiated this action on February 23, 2025, ECF No. 1, and filed the operative Second Amended Complaint on December 18, 2025, ECF No. 48, challenging various Executive Orders and agency directives.

2. On April 27, 2026, the Court entered a scheduling order setting Defendants' response to Plaintiffs' Second Amended Complaint due on June 10, 2026. ECF No. 51-1.

3. Rule 7.1(b)(4) of the Local Rules of the U.S. District Court for the District of Massachusetts provides that any memorandum of law supporting or opposing a motion should not exceed twenty (20) double-spaced pages without leave of court.

4.      Defendants seek leave to file a brief in response to Plaintiffs Second Amended Complaint of no more than thirty-five (35) pages. The Second Amended Complaint sets forth fifteen constitutional and statutory claims seeking declaratory and injunctive relief and vacatur of the agency directives. Defendants respectfully submit that the additional pages are necessary to adequately address the numerous claims in the Complaint.

5.      Plaintiffs seek leave to file an opposition to Defendants' brief of no more than thirty-five (35) pages. Plaintiffs respectfully submit that the additional pages are necessary to address the arguments presented in Defendants' anticipated brief of up to thirty-five (35) pages.

WHEREFORE, the parties respectfully request that this Court issue an Order granting: (1) Defendants leave to file a brief in response to Plaintiffs' Second Amended Complaint not to exceed thirty-five (35) pages and (2) Plaintiffs leave to file an opposition to Defendants' motion not to exceed thirty-five (35) pages.


Dated: May 28, 2026                                Respectfully submitted,

                                                   BRETT A. SHUMATE
                                                   Assistant Attorney General

                                                   ANDREW I. WARDEN
                                                   JOSEPH E. BORSON
                                                   Assistant Branch Directors

                                                   */s/ Alexander J. Yun*
                                                   ALEXANDER J. YUN
                                                   Trial Attorney
                                                   U.S. Department of Justice
                                                   Civil Division, Federal Programs Branch
                                                   1100 L Street, NW
                                                   Washington, D.C. 20005
                                                   Tel.: (202) 674-0255
                                                   Email: alex.yun@usdoj.gov

                                                   *Counsel for Defendants*

*/s/   Jillian Lenson*
Iván Espinoza-Madrigal (BBO# 708080)
Oren Sellstrom (BBO# 569045)
Jillian Lenson (BBO# 690653)
Mirian Albert (BBO# 710093)
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, Fifth Floor
Boston, MA 02110
Tel: (617) 482-1145
jlenson@lawyersforcivilrights.org

*Counsel for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 28, 2026, the foregoing pleading was filed electronically through the CM/ECF system, which causes all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

<div style="margin-left:50%">

*/s/ Alexander J. Yun*
ALEXANDER J. YUN
Trial Attorney
United States Department of Justice

</div>