**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

CITY OF CHELSEA and CITY OF
SOMERVILLE,

                    *Plaintiffs*,

*v.*

DONALD TRUMP, *et al.*,

                    *Defendants*.

Civil Action No. 1:25-cv-10442-NMG

**[PROPOSED] ORDER**

Having reviewed the Parties' Joint Motion for Leave to File in Excess Pages, it is hereby

ORDERED that the Motion is GRANTED. Defendants shall file a motion in response to

Plaintiffs' Second Amended Complaint of no more than thirty-five (35) pages, and Plaintiffs

shall file an opposition to Defendants' motion of no more than thirty-five (35) pages.

Dated: _____

                                   _____
                                   NATHANIEL M. GORTON
                                   Senior United States District Judge