## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CITY OF CHELSEA and CITY OF
SOMERVILLE,

                    *Plaintiffs,*

*v.*

DONALD TRUMP, *et al.,*

                    *Defendants.*

Civil Action No. 1:25-cv-10442-NMG

**JOINT MOTION FOR LEAVE TO FILE EXCESS PAGES FOR DEFENDANTS'
MOTION TO DISMISS AND PLAINTIFFS' OPPOSITION**

Plaintiffs and Defendants hereby move this Court to jointly grant: (1) Defendants leave to file a motion to dismiss in response to Plaintiffs' Second Amended Complaint of no more than thirty-five (35) pages and (2) Plaintiffs leave to file an opposition to Defendants' motion of no more than thirty-five (35) pages. In support of this motion, the parties state as follows:

1.      Plaintiffs initiated this action on February 23, 2025, ECF No. 1, and filed the operative Second Amended Complaint on December 18, 2025, ECF No. 48, challenging various Executive Orders and agency directives.

2.      On April 27, 2026, the Court entered a scheduling order setting Defendants' response to Plaintiffs' Second Amended Complaint due on June 10, 2026. ECF No. 51-1.

3.      Rule 7.1(b)(4) of the Local Rules of the U.S. District Court for the District of Massachusetts provides that any memorandum of law supporting or opposing a motion should not exceed twenty (20) double-spaced pages without leave of court.

*Joint motion allowed, in part, and denied, in part; both parties may file memoranda of up to 30 pages.*

*NMGorton, SUSDJ 06/01/2026*