**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CITY OF CHELSEA and<br>CITY OF SOMERVILLE,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, *et al*.,<br>*Defendants.* | Case No. 1:25-cv-10442-NMG |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that, effective October 1, 2026, the address for undersigned counsel will change as follows:

**New Address:**
141 Tremont Street
2nd Floor
Boston, MA 02111

**Former Address:**
61 Batterymarch Street
5th Floor
Boston, MA 02110

All other contact information, including telephone number and email address, remains unchanged. Please update the docket and all records accordingly.

Respectfully submitted,

By: */s/ Jillian Lenson*
Jillian Lenson (BBO #690653)
Lawyers for Civil Rights
141 Tremont Street, Second Floor
Boston, MA 02211
jlenson@lawyersforcivilrights.org

Dated: September 15, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 15, 2026, I electronically filed the foregoing with the Clerk's Office using the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants, and paper copies will be sent to those indicated as non-registered participants.

/s/ *Jillian Lenson*
Jillian Lenson