**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CITY OF CHELSEA and CITY OF SOMERVILLE,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, PAMELA J. BONDI, Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI L. NOEM, Secretary of the United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, SEAN P. DUFFY, Secretary of the United States Department of Transportation, UNITED STATES DEPARTMENT OF TRANSPORTATION, SCOTT TURNER, Secretary of the United States Department of Housing and Urban Development, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 1:25-cv-10442 |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that, effective October 1, 2026, the address for undersigned counsel will change as follows:

**New Address:**
141 Tremont Street
2nd Floor
Boston, MA 02111

**Former Address:**
61 Batterymarch Street

5th Floor
Boston, MA 02110

All other contact information, including telephone number and email address, remains unchanged. Please update the docket and all records accordingly.

Respectfully submitted,

*/s/ Ivan Espinoza-Madrigal*

Ivan Espinoza-Madrigal (BBO No. 708080)
Lawyers for Civil Rights
141 Tremont Street, 2nd Floor
Boston, MA 02111
T: (617) 988-0624
E: iespinoza@lawyersforcivilrights.org

Dated: September 27, 2026

**Certificate of Service**

I hereby certify that on September 27, 2026, I sent this document via electronic mail to all counsel of record.

*/s/ Ivan Espinoza-Madrigal*
Ivan Espinoza-Madrigal