**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CITY OF CHELSEA and CITY OF SOMERVILLE,

Plaintiffs,

v.

DONALD J. TRUMP, President of the United States, PAMELA J. BONDI, Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE, KRISTI L. NOEM, Secretary of the United States Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, SEAN P. DUFFY, Secretary of the United States Department of Transportation, UNITED STATES DEPARTMENT OF TRANSPORTATION, SCOTT TURNER, Secretary of the United States Department of Housing and Urban Development, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and UNITED STATES OF AMERICA,

Defendants.

Case No. 1:25-cv-10442

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that, effective October 1, 2026, the address for undersigned counsel will change as follows:

**New Address:**
141 Tremont Street
2nd Floor
Boston, MA 02111

**Former Address:**
61 Batterymarch Street

5th Floor
Boston, MA 02110

All other contact information, including telephone number and email address, remains unchanged. Please update the docket and all records accordingly.

Respectfully submitted,

*/s/ Oren Sellstrom*
Oren Sellstrom (BBO No. 569045)
Lawyers for Civil Rights
141 Tremont Street, Second Floor
Boston, MA 02111
T: (617) 988-0624
E: osellstrom@lawyersforcivilrights.org

Dated: September 30, 2026

**Certificate of Service**

I hereby certify that on September 30, 2026, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by email to all parties by operation of this Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Oren Sellstrom*
Oren Sellstrom